**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **World Service West/LA Inflight Service Company, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  L.A. Inflight Food Services, Inc.**<br>**DBA  L.A. Inflight Service Company** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-4664611** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1812 W. 135th Street**<br>**Gardena, CA 90249**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **World Service West/LA Inflight Service Company, LLC**    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor    **World Service West/LA Inflight Service Company, LLC**    Case number (*if known*) _____
　　　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ | |
| District _____ | When _____ Case number, if known _____ | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor **World Service West/LA Inflight Service Company, LLC**                    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   __World Service West/LA Inflight Service Company, LLC__                    Case number (*if known*) _____
         Name

�merged▬▬  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August 26, 2021__
               MM / DD / YYYY

X _____          Steven Yoon
   Signature of authorized representative of debtor     Printed name

Title   __Co Managing Member__

**18. Signature of attorney**

X _____          Date __August 26, 2021__
   Signature of attorney for debtor                   MM / DD / YYYY

__Christopher A. Minier SBN 190705__
Printed name

__Ringstad & Sanders LLP__
Firm name

__4343 Von Karman Avenue__
__Suite 300__
__Newport Beach, CA 92660__
Number, Street, City, State & ZIP Code

Contact phone   __949 851-7450__        Email address   __cminier@ringstadlaw.com__

__190705 CA__
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **World Service West/LA Inflight Service Company, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aqua Life 1369 W. Washington Blvd. Los Angeles, CA 90007** | **Attn: Accounts Receivable** **800 222-5502** | **Water Filter Service** | | | | $26.99 |
| **AT&T P.O. Box 5025 Carol Stream, IL 60197-5025** | **Attn: Accounts Receivable** **800-750-2355** | **Internet and Phone** | | | | $1,466.36 |
| **Bank of America 800 N. Western Avenue San Pedro, CA 90732** | **Attn: Accounts Receivable** **310 548-2331** | **Checking Account Overdrawn Balance** | | | | $3,647.53 |
| **Bank of America Credit Card P.O. Box 15796 Wilmington, DE 19886-5796** | **Attn: Accounts Receivable** **800 622-8731** | **Business Credit Card** | | | | $2,443.93 |
| **California Service Employees Health and Welfare Trust Fund Attn: Blair Fowler 2323 Eastlake Ave. East Seattle, WA 98102** | **Blair Fowler** **206 329-4900** | **The Board of Trustees of the California Service Employees Health and Welfare Trust Fund v. World Service West/LA Inflight Service Company, LLC USDC** | | | | $304,825.97 |
| **California Service Employees Health and Welfare Trust Fund 828 W. Washington Blvd. Los Angeles, CA 90015** | **Attn:  Accounts Receivable** **213 747-7439** | **LTEF (Training) Tax** | | | | $195.99 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **World Service West/LA Inflight Service Company, LLC**
 Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Choice Tech Inc. dba Choice Alarm Co. 2847 W 8th Street Los Angeles, CA 90005 | Attn: Accounts Receivable 213 251-8500 | Alarm for Office | | | | $30.00 |
| DeLage Landen Financial Services Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087 | Attn:  Accounts Receivable 610 386-5000 | Copier Lease | | | | $528.79 |
| Pico Janitorial Supplies 2940 W. Pico Blvd Los Angeles, CA 90006 | Attn: Accounts Receivable 323 737-2831 | Cleaning Supplies | | | | $498.88 |
| Prosource Facility Supply 11954 Washington Blvd. Whittier, CA 90606 | Attn: Accounts Receivable 562-758-4600 | Cleaning Supply Vendor | | | | $15,000.61 |
| Prudential Overall Supply 951 E. Sand Hill Carson, CA 90746 | Attn: Accounts Receivable 310-532-8311 | Uniform Vendor | | | | $920.94 |
| Southern Califorina Edison P.O. Box 600 Rosemead, CA 91771-0001 | Attn: Accounts Receivable 800 655-4555 | Utilities - Electricity | | | | $952.82 |
| T.G.P. Enterprises, Inc. 5440 San Fernando Rd. West Los Angeles, CA 90039 | Attn: Accounts Receivable 818-549-1535 | Airport Fueler | | | | $939.89 |
| Verizon P.O. Box 96089 Bellevue, WA 98009 | Attn: Accounts Receivable 425 637-8369 | Cell Phones | | | | $330.97 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **World Service West/LA Inflight Service Company, LLC**  Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yeny Umana Class Claimants c/o Nourmand, Michael The Nourmand Law Firm APC 8822 West Olympic Boulevard Beverly Hills, CA 90211** | **Michael Nourmand mnourmand@nourmandlawfirm.com 310 553-3600** | **Class Action Settlement Yeny Umana etc v. World Service West/LA Inflight Service Company LASC Case No. BC 662 542** | | | | **$1,800,000.00** |

## **RESOLUTION**

The undersigned, Steven Yoon, Co Managing Member of World Service West/LA Inflight Service Company, LLC, hereby certifies that on August 26, 2021 the following resolution was duly adopted by the Members of this company,

WHEREAS, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

NOW, THEREFORE, BE IT RESOLVED, that Steven Yoon, Co Managing Member is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

BE IT FURTHER RESOLVED, that Steven Yoon, Co Managing Member is authorized to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of World Service West/LA Inflight Service Company, LLC in connection with said bankruptcy proceedings; and

BE IT RESOLVED FURTHER, that Steven Yoon, Co Managing Member is hereby authorized and direct to employ Ringstad & Sanders LLP to represent the entity in said bankruptcy proceedings.

Dated: August 26, 2021

World Service West/LA Inflight Service
Company, LLC

By: _____
    Steven Yoon, Co Managing Member

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christopher A. Minier (SBN 190705)**<br>**RINGSTAD & SANDERS LLP**<br>**4343 Von Karman Avenue**<br>**Suite 300**<br>**Newport Beach, CA 92660**<br>**949 851-7450 Fax: 949 851-6926**<br>California State Bar Number: **190705 CA**<br>**cminier@ringstadlaw.com** | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **World Service West/LA Inflight Service Company, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Steven Yoon**   , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

      ☐ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      See Addendum

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__August 26, 2021_____      By: _____
Date                                 Signature of Debtor, or attorney for Debtor

                                    Name:  **Steven Yoon, Co Managing Member**
                                         Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                       **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re   __World Service West/LA Inflight Service Company, LLC__      Case No. _____

                              Debtor(s)          Chapter    __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Byung In Yoon<br>2540 Dorest Drive<br>Torrance, CA 90503 | | | **50%** |
| Michelle Yoon<br>2540 Dorest Drive<br>Torrance, CA 90503 | | | **10%** |
| Yoon, Steven<br>32 Hillcrest Meadows<br>Rolling Hills Estates, CA 90274 | | | **40%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Co Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __August 26, 2021__        Signature                           

                                                    **Steven Yoon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Gardena_____ , California.

Date: ____August 26, 2021_____

Steven Yoon
Signature of Debtor 1

_____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **World Service West/LA Inflight Service Company, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $     867,858.26

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $     867,858.26

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    2,656,349.67

4.  Total liabilities .........................................................................................
   Lines 2 + 3a + 3b

   $    2,656,349.67

**Fill in this information to identify the case:**

Debtor name __**World Service West/LA Inflight Service Company, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No.  Go to Part 2.
  ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Hope**<br>**1655 W. Redondo Beach Blvd.**<br>**Gardena, CA 90247** | Checking | 6430 | $223,094.64 |
| 3.2. | **Bank of America**<br>**800 N. Western Ave.,**<br>**San Pedro, Ca 90732**<br>**Account overdrawn - $-3,647.53** | Checking | 1172 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $223,094.64 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

  ☐ No.  Go to Part 3.
  ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposit for lease of: 1812 W. 135th Street, Gardena, CA** | $9,840.00 |
|---|---|---|

Debtor    **World Service West/LA Inflight Service Company, LLC**    Case number *(If known)* _____
<br>Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
|  |  |
|---|---|
|  | **$9,840.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **531,607.62**    -    **0.00**    = ....    **$531,607.62**
<br>                                    face amount                         doubtful or uncollectible accounts

12.    **Total of Part 3.**
|  |  |
|---|---|
|  | **$531,607.62** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Chairs, desks, cabinets, shelves, computers and filing cabinets.** | **$0.00** | Book Value | **$19,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $19,000.00 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2009 Hyundai Sonata**<br>**Vin 5NPET46C89H570401** | $0.00 | KBB | $1,325.00 |
| 47.2. **2016 Kia Sorento**<br>**Vin 5XYPG4A31GG052722** | $0.00 | KBB | $12,103.00 |
| 47.3. **2006 Chevrolet G2500**<br>**Vin 1GAGG25V961263691** | $0.00 | KBB | $3,159.00 |
| 47.4. **2009 Chevrolet G3500**<br>**Vin 1GAHG39K691167161** | $0.00 | KBB | $6,756.00 |
| 47.5. **2008 Ford E350**<br>**Vin 1FBNE31L980A58957** | $0.00 | KBB | $6,043.00 |
| 47.6. **2008 Ford E350**<br>**Vin 1FBNL31L38DA50286** | $0.00 | KBB | $6,323.00 |
| 47.7. **2005 Ford E350**<br>**Vin 1FBSS31S65HA32016** | $0.00 | KBB | $3,499.00 |
| 47.8. **2010 Ford E350**<br>**Vin 1FBSS3BL0ADA82838** | $0.00 | KBB | $7,500.00 |
| 47.9. **2003 Dodge Ram Van**<br>**Vin 2D7LB31Z53K525800** | $0.00 | KBB | $3,099.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     **World Service West/LA Inflight Service Company, LLC**     Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.10· | **2002 Toyota Sequoia**<br>**Vin 5T0ZT34A92S087593** | $0.00 | **KBB** | $3,667.00 |
| 47.11· | **2000 Ford Explorer**<br>**Vin 1FMZU63X2YZB88367** | $0.00 | **KBB** | $712.00 |
| 47.12· | **2001 Ford Explorer**<br>**Vin 1FMYU70E11UB85726** | $0.00 | **KBB** | $500.00 |
| 47.13· | **1989 Ford F600**<br>**Vin 1FDNF61HVJJ0613825** | $0.00 | **Liquidation** | $1,000.00 |
| 47.14· | **2003 Ford E350**<br>**Vin 1FBSS31L23HA93675** | $0.00 | **KBB** | $3,330.00 |
| 47.15· | **2016 EZGO RXV**<br>**Serial #5382811** | $0.00 | **Liquation** | $3,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

51.     **Total of Part 8.**                                                                    | **$62,016.00** |
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **World Service West/LA Inflight Service Company, LLC**          Case number *(If known)* _____
         <span style="font-size:smaller">Name</span>

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **Employee Advances**                                              $22,300.00

---

78.  **Total of Part 11.**                                              $22,300.00
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

Debtor    **World Service West/LA Inflight Service Company, LLC**    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $223,094.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,840.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $531,607.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $62,016.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $22,300.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $867,858.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $867,858.26 |

**Fill in this information to identify the case:**

Debtor name    **World Service West/LA Inflight Service Company, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **DeLage Landen Financial Services In** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 41602
Philadelphia, PA
19101-1602**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of Copy Machine**                                                    $0.00            $594.22

**Describe the lien**
**Financing of Lease Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $0.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **DeLage Landen Financial Services
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087** | Line **2.1** | **1538** |

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Omnione Business**
9905 Painter Ave
Suite Q
Whittier, CA 90605

Line __2.1__

| Fill in this information to identify the case: |
|---|

Debtor name **World Service West/LA Inflight Service Company, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    55457                    Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19114-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7704
San Francisco, CA 94120-7704

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 South Flower Street**
**Suite 900**
**Los Angeles, CA 90071-9591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
**Acct Information Group, MIC:29**
P.O. Box 942879
Sacramento, CA 94279-0029

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Abarca, Delma L**
**519 North ardmore #8**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Abrica, Barbara F**
**10926 1/2  S Osage Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Acevedo, Ana**
**13516 Parker Pl**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Acosta, Aurelio**
**1320 Park Ave**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Adewale, Ericsson O**
**755 E 84th St**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Aguilar Avila, Mario A**
**2027 N Santa Ana**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Aguilar Brigido, David**
130 W 52 St
Los Angeles, CA 90037

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Aguilar, Edith**
6817 Estrella Ave
Los Angeles, CA 90044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Aguilar, Gloria R**
748 1/2 Irolo St
Los Angeles, CA 90019

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Aguillon, Antonio De Jesus**
3718 1/2 111 Place
Inglewood, CA 90303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Aguinaga, Erika**
1830 W El segundo Blvd#3
Gardena, CA 90249

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Akililu, Micheal**
3625 W Chapman Lane
Inglewood, CA 90305

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alarcon De Zamora, Rufina**
**4204 Cortland St.**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aleman, Maria**
**12855 Apsina Rd.**
**Phelan, CA 92371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfaro, Angel Maria**
**10239 Elizabeth Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Altamirano, Maria**
**813 N Alma Ave**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarado Rivas, Maria**
**5919 Benner St. Apt #6**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarado, Ana Celina**
**920 S Westmoreland Ave #14**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarado, Christian**
**305 E 106 St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarado, Dinora**
**932 S Westmoreland #107**
**Los Angeles, CA 90006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarado-Borja, Jose**
**2031 W. 147TH ST**
**GARDENA, CA 90249**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarado-Perez, Maria**
**3549 W. 111th St**
**Inglewood, CA 90303**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarez, Morena G**
**12605 Cedar Ave**
**Hawthorne, CA 90250**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarez, Naudy H**
**10105 Dalerose Ave**
**Inglewood, CA 90304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alvarez, Rosa M**
**4118 W. 147th St.**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alvarizaez, Judith**
**610 W. 90th St.**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amado Tercero, Leslie**
**4194 W. 120th St. Apt. A**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amaya, Maria A**
**1333 W 90th Pl**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amaya, Reyna M**
**1111 S. Westmoreland #112**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amezcua, Martha**
**11109 1/2 Inglewood Ave.**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anariba, Rosa G**
**4041 W. 139TH St  Unit  H**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anchay, Esther Amelia**
**11627 Gale Ave Apt #1**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anderson, Delia I**
**1619 W 17 Pl #A**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrade, Lluliana**
**343 Santa Mariana Ave**
**La Puente, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angel, Milton**
**12326 Inglewood Ave Apt A**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angeles, Carmen C**
**3101 Rodeo Rd.**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.37** | Nonpriority creditor's name and mailing address
**Aqua Life**
1369 W. Washington Blvd.
Los Angeles, CA 90007

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$26.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Filter Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address
**Aquino, Hilda**
4478 W 115th St #14
Hawthorne, CA 90250

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC
BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address
**Aquino, Judith Corina**
10515 S Spring St
Los Angeles, CA 90003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC
BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address
**Arambula, April**
4089 W 129th St Apt10
Hawthorn, CA 90250

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC
BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address
**Arana, Iris**
2233 S HOBART BLVD APT #29
LOS ANGELES, CA 90018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC
BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Arias, Cristina**
10729 Condon Ave #105
Inglewood, CA 90304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC
BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Arias, Emma**
**521 W. 105th St.**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Arias, Ricardo**
**3904 W. 111th St.**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Arredondo, Mayra**
**1935 E. 130tg St.**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Aryeetey, Agatha**
**14030 Kormblum Ave #217**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Aryeetey, Ibrahim**
**1615 W 50th**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,466.36** |
|---|---|---|---|

**AT&T**
**P.O. Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2021**

Last 4 digits of account number _

Basis for the claim:  **Internet and Phone**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avalos, Esperanza**
**15305 Guncle**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avila Villatoro, Domenica**
**9418 1/2 Compton Ave.**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avila, Gloria**
**1173 E 43rd Pl**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avila, Ivonne**
**4718 W 166 St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avila-Membreno, Nelson**
**4205 wail st**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Avilez, Angel A**
**11958 167th St**
**Artesia, CA 90701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ayala De Guerra, Rosa Maria**
**2415 Corona Ave**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ayala Medina, Erik**
**717 S Berendo St 207**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baires, Santiago A**
**152W 85TH PL**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baltazar, Abimael**
**1146 E 27th St**
**Los Angeles, CA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,647.53 |
|---|---|---|---|

**Bank of America**
**800 N. Western Avenue**
**San Pedro, CA 90732**

Date(s) debt was incurred _

Last 4 digits of account number  **1172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Checking Account Overdrawn Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,443.93 |
|---|---|---|---|

**Bank of America Credit Card**
**P.O. Box 15796**
**Wilmington, DE 19886-5796**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Banket, Berenice**
**1545 W 82nd St**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Banket, Edith**
**1545 W 82st**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barajas De Carrilo, Matilde**
**10193 Delerose Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barba-Perez, Roberto**
**7501 N. Hollywood Apt. 6**
**Burbank, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbosa, Martha**
**12516 Felton Ave**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barnwell, Sherice N**
**1546 W 11th Place #207**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barragan, Rosalinda**
**1137 E 70th St**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barrientes, Ericka**
**3849 E Espanita St**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bartell, Joseph**
**4329 West 59th Place**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bass, Marquita**
**8016 S Harvard Blvd**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Battle Smith, Lisa Rena**
**12520 Lakewood #50**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belete, Selamawit**
**PO BOX 19286**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bell III, John Thomas**
**1500 Pine Ave. Apt 21**
**Long Beach, CA 90813**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beltran De Sanchez, Yolanda**
**4344 1/2 E. 55th St.**
**Maywood, CA 90270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beltran, Michael**
**1481 W 104th St Apt 5**
**Los Angeles, CA 90047**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benitez Alvarez, Rosario**
**11038 Benwell Dr.**
**Lynwood, CA 90626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benitez Ignacio, Bertha Alicia**
**4965 Abbott Rd**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benitez Sanchez, Abraham**
**1423 W. 12th Pl. Apt. 21**
**Los Angeles, CA 90015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bermudez, Heriberto**
607 N. Wilmington Ave.
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Beteta, Fredy Anibal**
2500 S Hobart Blvd #312
Los Angeles, CA 90018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Beteta, Graciela**
1141 Echo Park Ave. Apt. 103
Los Angeles, CA 90026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Beverly, Rodney O**
13302 Stanford Ave
Los Angeles, CA 90059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Blaylock, Erin L**
11934 Daleside Ave
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bonilla, Lourdes**
841 E. 108th St.
Los Angeles, CA 90059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Booker, L'Kia**
**1706 E 122nd St**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Borge, Herlinda B**
**849 E. Victoria St. Unit 604**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Boul, Glenda**
**3849 Flower Drive**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brinkley, Briana**
**734 S Valencia St Apt 309**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brown, Desiree D**
**1234 W 89th St**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brown, Richard**
**10604 Anzac Ave**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brown, Robert**
**631 Howland drive apt #2**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bryant, Joshua**
**10966 Anzac Ave**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Buen, Angelo**
**674 S Catalina Apt**
**Los Angeles, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Buruca, Luis G**
**4935 W 120th St Apt #19**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bustos, Anthony E**
**1540  E 56th St**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Cabrera, Magdalena**
**2008 E. 92nd St.**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cabrera, Maria**
**3956 Stevely Ave #19**
**Los Angeles, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Caceres - Alvarado, Luis**
**4225 Van Buren Pl.**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cadwell, Sequoia D**
**464 1/2 79th St**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Calcote, Aaron**
**901 E La Palma Dr APT #3**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Calderon Castaneda, Gabriel**
**3536 Piatt Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Calderon, Gabriel**
**3311 Los Flores Blvd.**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Calderon, Juan M**
**3311 Los Flores Blvd.**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304,825.97** |
|---|---|---|---|

**California Service Employees Health
and Welfare Trust Fund
Attn: Blair Fowler
2323 Eastlake Ave. East
Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **The Board of Trustees of the California Service Employees Health and Welfare Trust Fund v. World Service West/LA Inflight Service Company, LLC
USDC Case No. 4:19-cv-05737 HSG**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**California Service Employees Health
and Welfare Trust Fund
828 W. Washington Blvd
Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only
Employee Medical Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.99** |
|---|---|---|---|

**California Service Employees Health
and Welfare Trust Fund
828 W. Washington Blvd.
Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LTEF (Training) Tax**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Calles, Allan
7508 3rd St.
Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Calles, Kevin
7508 3rd St.
Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Campos De Ortiz, Pampilia**
**1304 E 75th St**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Campos, Ana**
**972 East 32nd St**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Campos, Juan Carlos**
**5115 W 134th Place**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Canche Parra, Maria C**
**339 S Inglewood Ave #1**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Canjura De Pena, Mariana**
**2418 Eastlake Ave**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cannon, Tara S**
**10712 Crenshow Blvd**
**Iglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Class Member - Umana v World Service West / LASC**
**BC662542**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.115**

**Nonpriority creditor's name and mailing address**
**Capital Premium Finance Inc.**
P.O. Box 660232
Dallas, TX 75266-0232

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**
**General Liability Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**
**Carbajal Portillo, Alma**
11029 S. Inglewood Ave. Apt. 3 l
Inglewood, CA 90304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Carcamo Villalta, Rosenda**
149 West 99th St.
Los Angeles, CA 90003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118**

**Nonpriority creditor's name and mailing address**
**Cardenas, Monica**
6024 Mayflower Ave
Maywood, CA 90270

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119**

**Nonpriority creditor's name and mailing address**
**Cardenas, Olga**
4081 W. 103rd St.
Inglewood, CA 90304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120**

**Nonpriority creditor's name and mailing address**
**Carmen, Victor M**
3124 Olive St
Huntington Park, CA 90255

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carroll, Darlene**
22012 Belshire Ave #10
Hawaiian Gardens, CA 90716

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Castaneda Romero, Elsa**
440 N Garfield Ave #2
Montebello, CA 90640

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Castaneda, Rocio**
1126 E Century Blvd
Los Angeles, CA 90002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Castanon, Liduvina**
1722 W 57th ST
Los Angeles, CA 90062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Castellanos, Victor**
12901 S Vermont Ave #D3
Gardena, CA 90247

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Castillo Vera, Marcos**
3910 W 171 Th St
Inglewood, CA 90303

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Castillo, Maria Cristina**
**514 S 20 Ave**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Castro, Atanacio**
**2115 8th Ave.**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Castro, German**
**1919 6th Ave.**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cazares, Cesar**
**9008 Paramount Blvd.**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cazares, Norma**
**121 E 76 Pl**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Ceja, Benilde A**
**1200 N Muberry Ave**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
| | Name | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Celestine, Melissa**
**1061 Harbor Village Dr**
**Harbor City, CA 90710**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Celiz, Luz M**
**4035 W. 134th St. APT B**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cerejido Rios, Cynthia**
**1419 125st**
**Compton, CA 90222**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ceron Gomez, Maria F**
**10826 1/2 Inglewood Ave**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cervantes, Brenda**
**10715 1/2 Felton St**
**Lennox, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cervantes, Christian**
**521 W 120th St**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chacon De Gonzalez, Ramona**
**525 W. Poplar St.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chacon, Gloria**
**815 E. 92nd St**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chairez, Antonio**
**2617 West Blvd**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chamorro, Diana C**
**305 E. Ramona Rd.**
**Alahambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chan, Gladys**
**4544 W 149th St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chatman, Cindy**
**15749 Tarrant Ave**
**Compton, CA 90270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chavez Melgar, Ricardo**
1458 W 69St
Los Angeles, CA 90047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chavez, Roxana**
63219 W 63rd St
Los Angeles, CA 90043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chevron**
P.O. Box 530950
Atlanta, GA 30353-0950

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**
**Non-Airport Fuel**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chigua, Jose M**
10916 Larch Ave
Inglewood, CA 90304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Choice Tech Inc.**
dba Choice Alarm Co.
2847 W 8th Street
Los Angeles, CA 90005

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm for Office**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chon & Hough**
2421 W. 205th Street
Suite D200
Torrance, CA 90501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**
**Payroll Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chu, Wan Kun**
**4608 W. 172nd St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ciau, Isabel**
**3726 W 102nd St #21**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cintora, Perla**
**10904 Burin Ave #5**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cochran, Alba Marina**
**4129 W 160 th St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Combs, Qumika**
**8210 S morton Ave**
**Los Angeles, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Contreras, Olga M**
**3659 W. 112th St.**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.157** | **Nonpriority creditor's name and mailing address**

**Cook, Kewon K**
**154 E 101st Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158** | **Nonpriority creditor's name and mailing address**

**Coreas, Mariana**
**3279 Cherokee Ave**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159** | **Nonpriority creditor's name and mailing address**

**Cornejo Martinez, Wilber**
**738 S New Hampshere Ave #210**
**Los Angeles, CA 90005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160** | **Nonpriority creditor's name and mailing address**

**Coronado, Milvia**
**10729 Condon Ave**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161** | **Nonpriority creditor's name and mailing address**

**Corpus, Isabel A**
**18813 Towne Ave**
**Carson, CA 90749**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162** | **Nonpriority creditor's name and mailing address**

**Corral, Hilaria**
**2956 Beechwood Ave**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Correa, Nancy**
**10967 S Main St**
**Los Angeles, CA 90061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cortes, Jonathan**
**10136 Bowman Ave**
**South Gate, CA 90280**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cortez, Carmen**
**341 W Magnolia Ave**
**Inglewood, CA 90301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cota, Dinora**
**120 W Louise St**
**Long beach, CA 90805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cruz De Los Palos, Rosa**
**9408 Garden View Ave**
**South Gate, CA 90280**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cruz De Martinez, Claudia**
**3302 Josephine ST**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Cubias, Ana G**
**147 E. 75th St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Cubias, Maria**
**554 E 67th St**
**Inglewood, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Cuellar, Juana**
**853 E. 109th St.**
**Los Angeles, CA 90059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Cuevas Landa, Odilia**
**917 Truro Ave.**
**Inglewood, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address**

**Cuevas, Liduvina**
**4520 Tweedy Blvd**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**

**De Lao, Margarita**
**11720 1/2 Allin St. Apt 158**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**De Leon Damian, Nallely**
4725 W 118 St Apt C
Hawthorne, CA 90250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Debrana, Johnson**
10111 Wilmington Ave #K4
Los Angeles, CA 90002

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $528.79 |
|---|---|---|---|

**DeLage Landen Financial Services**
**Lease Processing Center**
**1111 Old Eagle School Road**
Wayne, PA 19087

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DeLeon, Zoila**
2552 Cole Pl
Huntington Park, CA 90255

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Delgadillo Hernandez, Sergio**
10815 Barlow Ave
Lynwood, CA 90262

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Depina, Tammy R**
809 Larch Street
Inglewood, CA 90301

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diaz Ceja, Maria D**
**11151 S. Van Buren Ave.**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diaz Guevara, Julio C**
**9533 S Western Ave**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diaz Hernandez, Gabriel**
**4861 W 116th St**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAZ, VICTORIA**
**4802 1/2 136th St**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dieguez, Marco A**
**113535 Chadron Ave  Apt 10**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominguez Ruiz, Reina M**
**3602 Carlin Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donis, Maria E**
**8316 S Halldale Ave**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dorantes, Ignacio**
**4634 W 153rd Street**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Duenas, Olga**
**957 N Wilton PL**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Durazo De Gallegos, Imelda**
**759 E 106th St**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Echeverria, Fredy Marin**
**9914 Compton**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Echeverria, Rolando**
**1417 W. 3rd St. #404**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Eduardo, Silva Jr**
**440 E 106th St**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Elder, Joshua**
**128 East 136Th Street**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Escobar, Robert**
**13119 Doty Ave #5**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Espinoza De Goytia, Maria E.**
**1223 E. 127th St.**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Espinoza Jr, Jesus**
**2963 Liberty Blvd**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Esquivel, Laura**
**3287 Cherokee Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Estrada Miranda, Telma**
**545 W Century Blvd**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fernandez, Maria**
**10828 1/2 Inglewood Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ferrey, Luis A**
**441 W 54th ST**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fifer, Nicolette**
**1558 W 69th St**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fifita, Lesili U**
**41 W. Arbor St.**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fiorini, Leslie**
**1475 West 28th St**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **World Service West/LA Inflight Service Company, LLC** |
| | Name |

Case number (*if known*) _____

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fletes, Daniel**
**314 Limest #3**
**Inglewood, CA 90301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flores Iglesias, Rina V**
**439 N Van Ness #15**
**Los Angeles, CA 90004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flores, Ana**
**11925 S Denver Ave**
**Los Angeles, CA 90044**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flores, Cindy**
**8828 1/2 Beach St**
**Los Angeles, CA 90002**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flores, Hazel**
**223 3/4 E 53rd St**
**Los Angeles, CA 90011**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Flores-Arredondo, Sonia**
**1033 1/2 N Mariposa Ave**
**Los Angeles, CA 90029**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fontenot, April**
14752 Crenshaw Blvd #234
Gardena, CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franco Salazar, Julissa**
10530 S Burl Ave
Inglewood, CA 90304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franco, Maria F**
3451 W. Florence Ave Apt 4
Los Angeles, CA 90043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franco, Santos Irene**
991 E Martin Luther King Blvd #3
Los Angeles, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franco, Vilma**
4900 10th Ave
Los Angeles, CA 90043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franco-Torres, Jaime**
755 W. 102nd St.
Los Angeles, CA 90044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fuentes, Juan**
1776 W 22nd St
Los Angeles, CA 90007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Funes, Ana M**
4117 W. Broadway Apt 17
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Furtado, Breana**
2401 W Jefferson Blvd #206
Los Angeles, CA 90018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gad, Mohsen**
4012 W 129 St #31
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gaitan, Jorge M**
1610 1/2 W. 47th St
Los Angeles, CA 90062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Galeas, Ana**
704 1/2 W 57st
Los Angeles, CA 90037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Galicia, Aura L**
**11247 S. Mariposa Ave.**
**Los Angeles, CA 90044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Galindo, Martha**
**13530 Doty Ave Apt 49**
**Hawathorne, CA 90250**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Garcia, Daisy**
**1446 W 68th Street**
**Los Angeles, CA 90047**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Garcia, Dora**
**12701 Cranbrook Ave**
**Hawthorne, CA 90250**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Garcia, Maria Angelica**
**2430 Live Oak St.**
**Huntington Park, CA 90255**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GARCIA, MIRIA**
**777 S WESTMORELAND**
**LOS ANGELES, CA 90005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garcia, Saira**
**1030 W 93rd St Apt #7**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garcia, Sandra**
**4461 Towne Ave**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garcia, Sonia Noemi (Martinez)**
**118 E Kelso St Apt 2**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giron, Maria**
**12513 Menlo Ave**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gomez De Hernandez, Carolina**
**4780 W. 140th St**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gomez Fuentes, Jesus**
**1255 W 211st Pl**
**Los angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.235** | **Nonpriority creditor's name and mailing address**
**Gomez Melgar, Linda**
850 E. 90th St.
Los Angeles, CA 90002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**
**Gomez Zelaya, Martha**
1021 N. Hoover St. Apt 133
Los Angeles, CA 90029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address**
**Gomez, Cristel**
153 W 83rd St
Los Angeles, CA 90003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**
**Gomez, Esmeralda**
11818 Lindbergh Ave
Lynwood, CA 90262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**
**Gomez, Raquel**
153 W 83RD sT
Los Angeles, CA 90003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**
**Gomez, Rudi**
409 1/2 w. 110th St.
Los Angeles, CA 90061

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Ana Bell**
**8225 Alix Ave**
**Los Angeles, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Ana Rosa**
**8329 Eastern Ave Apt #F**
**Bell Gardens, CA 90201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Angelina**
**545 W Century Blvd**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Daniel**
**3147 W 152nd St**
**Gardena, CA 90249**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Hilda**
**3720 Emerald St Apt G3**
**Torrance, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Maria Rosario**
**10222 Mansel Ave**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gonzalez, Miguel A**
**3974 La Sallo Ave.**
**Los Angeles, CA 90062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gonzalez, Yolanda**
**1146 1/2 S. Inglewood Ave.**
**Inglewood, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Graham, Brenneisha**
**2500 W 134th St**
**Los Angeles, CA 90059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grande Hernandez, Rosalia**
**11477 Albert St Apt D**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guardado, Darlene**
**4042 W 105th St**
**Inglewood, CA 90304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guevara Borja, Jose O**
**PO BOX 1092**
**Cudahy, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guevara, Jackeline E**
**973 E. Martin Luther King Blvd. Apt H**
**Los Angeles, CA 90011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Guevara, Landy**
**125 N. Fir Ave.**
**Inglewood, CA 90301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gutierrez Cruz, Maria E**
**970 S Westmoreland Ave #12**
**Los Angeles, CA 90006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gutierrez, Isabel E**
**517 E. Hyde Park Blvd Apt 6**
**Inglewood, CA 90302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gutierrez, Johnnie**
**3174 El segundo Blvd Apt #11**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gutierrez, Ruby**
**431 E. 71th St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Guzman, Joaquin**
1422 E Poppy St
Long Beach, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Guzman-Aguilar, Ester N**
9505 Victoria Ave. Apt E
South Gate, CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hall Jr, Stanley**
11036 Venice Blvd
Culver City, CA 90232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Heredia Saldana, Betty Y**
4853 W 130St
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hernandez De Flamenco, Sandra**
1415 w 98th St
Los Angeles, CA 90047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hernandez Escobar, Evelyn**
9523 S Western Ave
Los Angeles, CA 90047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Macias, Jovanna**
5332 Russell Ave #422
Los angeles, CA 90027

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Martinez, Fabiola**
4461 Towne Ave
Los Angeles, CA 90011

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Martinez, Pedro**
4780 W. 140th St
Hawthorne, CA 90250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Medrano, Juan J**
4020 W Broadway #19
Howthorne, CA 90250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Reyes, Carmen**
607 E 111th St
Los Angeles, CA 90059

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hernandez Vera, Francisco**
2502 Hill St
Huntington Park, CA 90255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.271** | Nonpriority creditor's name and mailing address | $0.00

Hernandez, Carmelina
1713 Burlington Ave #101
Los Angeles, CA 90057

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | $0.00

Hernandez, Delmi A
1423 N. Coronado St.
Los Angeles, CA 90026

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | $0.00

Hernandez, Esperanza
17720 Baltar St
Reseda, CA 91335

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | $0.00

Hernandez, Lesley
3125 W 132nd St
Hawthorne, CA 90250

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | $0.00

Hernandez, Lorena
1458 w 69th St
Los Angeles, CA 90047

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | $0.00

Hernandez, Maria
531 W Hyde Park Bld #7
Inglewood, CA 90302

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hernandez, Mariana G**
**13311 S Willowbrook Ave**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hernandez, Martha**
**15513 S Stanford Ave**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hernandez, Ruth**
**1040 W 91st St #1**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herrera, Jorge C**
**2207 West Blvd**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herrera, Jose Ramon**
**11529 Oxford Ave**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herrera, Rafael S**
**1027 S Myrtle Ave #4**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hidalgo, Cecilia**
5 Quail Row Ln
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hidalgo, Eman**
439 E. 56T ST
LOS ANGELES, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hidalgo, Lissette D**
1831 E 111TH ST
LOS ANGELES, CA 90059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hidalgo, Maria R**
1235 W 105 st Apt H
Los Angeles, CA 90044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hill, Kevin Alexander**
13535 Chadron Ave #5
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Huezo, Maria**
9011 S Fir Ave
Los Angeles, CA 90002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hughes, Kourney**
**2801 Alsace Ave**
**Los Angeles, CA 90016**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Huntley, Arica R**
**120 East**
**Los Angeles, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hurd, Dina A**
**1917 E. 7th St.**
**Long Beach, CA 90813**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hwang, In Sub**
**741 Irolo St #421**
**Los Angeles, CA 90005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ibarra, Mario**
**2784 Willow Pl Apt 4**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ibarra-Becerra, Luis**
**3513 1/2 Platt Ave**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Interiano, Nestor**
**725 Lagoon Ave Apt D**
**Wilmington, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Iraheta, Yanci**
**914 W 64th Street**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackson, Akia J**
**836 1/2 67th Street**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackson, Kenya**
**10531 1/4 Budlong Ave**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacobo, Maria G**
**9815 Dearborn Ave Apt B**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacobs, Jazelle**
**14019 Cerise Ave Apt105**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC
BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jauregui, Sonia**
**4020 W 103rd St**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jimenez, Efrain**
**11400 S Spring st apt Z**
**Los Angeles, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jimenez, Enrique**
**1216 S Garfield Ave APT #10**
**Los Angeles, CA 90022**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jimenez, Hector**
**4526 Santa Ana #X**
**Cudahy, CA 90201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jimenez, Jose A**
**4445 W. 137th St. Apt F**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jimenez, Jose E**
**1523 E 52nd St**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.307** | Nonpriority creditor's name and mailing address
**Jimenez, Maria D**
**15708 1/2 Grevillea Ave.**
**Lawndale, CA 90260**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address
**Jimenez, Teresa**
**205 W. 109th Pl.**
**Los Angeles, CA 90061**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address
**Jimenez, Victor**
**10239 Elizabeth Ave**
**South Gate, CA 90280**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address
**Jiron, Oscar**
**125 W. 85th St.**
**Los Angeles, CA 90003**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address
**Kim and Kim CPA's**
**3600 Wilshire Blvd.**
**Los Angeles, CA 90010**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address
**Kiros, Haben**
**14501 Cerise Ave Apt 40**
**Hawthorne, CA 90250**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lacayo, Carlos A**
**2112 Park Grove Ave #101**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lacayo, Marvin**
**3825 Gibraltar Ave #14**
**Los Angeles, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lagunas-Cortez, Jesus**
**939 E 52nd St**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lara, Jose R**
**9949 Sepulveda Blvd. #206**
**Mission Hills, CA 91345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lara, Victor**
**1036 S Fir Ave**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lazaro, Efrain**
**6629 8th Ave**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Le, Anthony**
9310 Sabre Ln
Westminster, CA 92683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lewis, Kahlil**
1315 W 55th St
Los Angeles, CA 90037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Limones, Paul Keith**
11442 Angell St
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linares Cortez, Bladimir**
2601 E. Victoria St SPC 127
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linares, Rosa D**
12928 S. Prairie Ave. Apt. A
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Llanos, Anna Maria**
320 E 131 St
Angeles, CA 90061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Longoria, Eduardo**
**12326 Inglewood Ave A**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Longoria, Maria**
**12326 Inglewood Ave. Apt. A**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lopez Avellan, Lisette**
**4023 W 106ST**
**INGLEWOOD, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lopez Vazquez, Alicia**
**12601 cranbrook**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lopez, Angel D**
**1556 E. 49th St**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lopez, Estefani**
**1101 S Burl Avenue**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.331** | Nonpriority creditor's name and mailing address

**Lopez, Romelia De Jesus**
**9122 S. Hoover St Apt B**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address

**Los Angeles World AirportsAuthority**
**1 World Way**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only CSPLA/Airport Opertions Licenses**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address

**Love, Ebony**
**513N Market St #6**
**Inglewood, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address

**Lovest, Sonya**
**4387 W 134th St Apt E**
**Hawthorrne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address

**Lozano, Arturo**
**346 W. Cedar St.**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address

**Lyles, Ashley**
**3121 W Slauson Ave Apt 12**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Machado, Jessica**
**239 S Commonwealth Ave #4**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Macias, Roberto**
**8108 Walnut Dr**
**Los Angeles, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Magana, Alma**
**421 S. Ward Ave.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mamo, Firehiwot E**
**10309 South Inglewood #27**
**Inglewood, CA 90304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mares Andrade, Jose**
**4805 Lennox Bl #F**
**Inglewood, CA 90304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marquez, Alexis A**
**9414 Wall St. #B**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marquez, Claudia**
**9414 1/2 Wall St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marquez, Helio**
**5120 S Gramercy Pl**
**Los Angeles, CA 90062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin, Latrisa Shanee**
**732 E 108th St Apt#1**
**Los Angeles, CA 90059**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martinez De Mercado, Maria**
**12225 S. Main St**
**Los Angeles, CA 90061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martinez Velasco, Griselda**
**128 W 93rd St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martinez, Ariel**
**138 E 81St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.349** Nonpriority creditor's name and mailing address

**Martinez, Lia Z**
**614 W Albor vitae st apt B**
**Inglewood, CA 90301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** Nonpriority creditor's name and mailing address

**Martinez, Maria DeLaLuz**
**1222 S WHITEMARSH AVE**
**COMPTON, CA 90220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** Nonpriority creditor's name and mailing address

**Martinez, Morena**
**147 E. 75th St.**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** Nonpriority creditor's name and mailing address

**Martinez, Raul**
**1118 W. 56th St.**
**Los Angeles, CA 90037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** Nonpriority creditor's name and mailing address

**Martinez, Rosa G**
**400 W 95th St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** Nonpriority creditor's name and mailing address

**Martinez, Sandra**
**10324 California Ave. Apt. C**
**South Gate, CA 90280**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Martinez, Socorro**
**141 W Hillsdale St**
**Inglewood, CA 90302**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Masin Hernandez, Dennis J**
**6628 S Hoover**
**Los Angeles, CA**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mason, Trevion L**
**1526 W 85th St**
**Los Angeles, CA 90047**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mata, Jonathan**
**4747 W 171 st**
**Lawndale, CA 90260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mateo, Agustin**
**846 E. 93rd St.**
**Los Angeles, CA 90002**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mathews, Latiara M**
**126013 Cranbrook Ave #5**
**Hawthorne, CA 905250**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maxana, Benjamin**
**336 E. 112th St.**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mc Cullough, Yanet**
**443 W. Maple St.**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mccraw, Patricia L**
**1708 Pine Ave Apt #12**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**McCraw, Taquita Lynn**
**1708 Pine Ave**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**McKnight, Jessica**
**2711 W 141 Place #10**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Medina, Lizett**
**1108 E 101st**
**Los Angeles, CA 90002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.367** | Nonpriority creditor's name and mailing address

**Medrano, Isabel**
251 N Coronado St
Los Angeles, CA 90026

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address

**Mejia Hernandez, Claudia**
4323 La Salle Ave
Los Angeles, CA 90062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address

**Mejia, Ana**
10520 Montara Ave
South Gate, CA 90280

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address

**Mejia, Lorena B**
10935 Burin Ave. Apt. 13
Inglewood, CA 90304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address

**Membreno, Ana**
10224 Buford Ave
Inglewood, CA 90304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address

**Mendez, Ana P**
1623 Lomita Blvd #1
Harbor City, CA 90710

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mendoza Aleman, Yorlin**
12655 Lakewood Blvd  Apt#18
Downey, CA 90242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mendoza Barba, Eustolia**
167 W. 120th St.
Los Angeles, CA 90061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mendoza Carbajal, Gilberto**
435 E. 81st  St. APT 4
Los Angeles, CA 90003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mendoza, Celene**
15212 Ibex Ave.
Norwalk, CA 900650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mendoza, Martha L**
1633 W 145
GARDENA, CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Menendez Sarceno, Odilia**
PO BOX #50
Hawthorne, CA 90251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| | | |
|---|---|---|
| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | **Menjivar, Martina** | ☐ Contingent |
| | **333 S. New Hampshire #209** | ☐ Unliquidated |
| | **Los Angeles, CA 90020** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Class Member - Umana v World Service West / LASC |
| | Last 4 digits of account number _ | **BC662542** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | **Mercado Herrera, Soledad** | ☐ Contingent |
| | **152 E. 121th St.** | ☐ Unliquidated |
| | **Los Angeles, CA 90061** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Class Member - Umana v World Service West / LASC |
| | Last 4 digits of account number _ | **BC662542** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | **Meza Gonzalez, Gerardo** | ☐ Contingent |
| | **10104 S. San Pedro St.** | ☐ Unliquidated |
| | **Los Angeles, CA 90003** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Class Member - Umana v World Service West / LASC |
| | Last 4 digits of account number _ | **BC662542** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | **Miller Jr, Ronald F** | ☐ Contingent |
| | **12303 Grevillea Apt 3E** | ☐ Unliquidated |
| | **Hawthorne, CA 90250** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Class Member - Umana v World Service West / LASC |
| | Last 4 digits of account number _ | **BC662542** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | **Miranda, Jenny** | ☐ Contingent |
| | **3850 W 106 st** | ☐ Unliquidated |
| | **Inglewood, CA 90303** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Class Member - Umana v World Service West / LASC |
| | Last 4 digits of account number _ | **BC662542** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| | **Miranda, Maria** | ☐ Contingent |
| | **21619 Juan Ave.** | ☐ Unliquidated |
| | **Hawaiian Gardens, CA 90716** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** Class Member - Umana v World Service West / LASC |
| | Last 4 digits of account number _ | **BC662542** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mirandilla, Rae**
**1623 W. 17th Place**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mohamed, Khedija**
**4508 W MLK Blvd**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Molina Morales, Silvia**
**3834 w. 115TH St**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Monroy Fuentes, Karen**
**352 W 41 st Place**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Monroy, Mario T**
**3928 w 109th st**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Montes, Rebeca**
**4938 W. 11th Pl.**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MONTIEL, JOSE M**
5171 W 141 St
Howthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Montoya, Evelin**
6729 Live Oak St Apt B
Bell Gardens, CA 90201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Montoya, Rosalia**
7014 Bonsallo Ave
Los Angeles, CA 90044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Moore, Lakesha**
5513  Hartness Ct
Fontana, CA 92336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Morales, Elena**
2710 West 30th Street
Los Angeles, CA 90018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Morales, Marcelo J**
1451 W 105th St  Apt 7
Los Angeles, CA 90047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Morfin Rodriguez, Rafael**
**4724 W 172rd St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mota, Mayra**
**1140E 114 St**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Munguia, Maria**
**6119 Middleton St**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Munoz, Benita**
**1565  W 208th St  Apt 4**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Muralles, Cesar**
**5860 Lemon Ave**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Muro De Arteaga, Belinda**
**4585 W. 116th St. Apt. A**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Muro, Francisco**
**3535 W 112th St**
**Inglewood, CA 90303**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Myers, Adriena**
**11463 S Normandie #28**
**Los Angeles, CA 90044**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Myrie Robinson, Yvonne C**
**4126 Santa Rosalia Dr Apt A**
**Los Angeles, CA 90008**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Najar, Herlinda**
**1121 W. 94th St.**
**Los Angeles, CA 90044**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Naranjo, Ana M**
**10701 Mansel Ave.**
**Lennox, CA 90304**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nava Chavez, Zoila**
**1433 E 55th St**
**Los Angeles, CA 90011**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Navarro Chevez, Lorena**
**136 N New Hampshire Ave #2**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Navarro, Maria**
**601 W Hoth Pl Apt 208-A**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Navas, Ana Victoria**
**652 E 97th St Apt Q**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nevils, Kupid S**
**2612 W El Segundo Blvd**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nieves, Roberto**
**4222 W 159th St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nochebuena, Jeanette**
**339 W. 98th St.**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Noriega, Manuela**
**13020 Doty Ave Apt 18**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Norvell, Jovoniee**
**1814 E. Century Bl. Apt C.**
**Los Angeles, CA 90002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nourmand, Michael**
**The Nourmand Law Firm APC**
**8822 West Olympic Boulevard**
**Beverly Hills, CA 90211**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**
**Umana v. World Service West**
**LASC Case No.  BC 662 542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nunez De Barbosa, Gladys**
**4827 Elmwood  Ave #1**
**Los Angeles, CA 90004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nunez, Edith Antonia**
**1311 W. 62nd St**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ocampo, Brenda**
**11237 Fairford Ave.**
**Norwalk, CA 90650**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ochoa, Gloria**
**3815 W. 111th St.**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ocon, Carmen**
**28272 Miss Grace Dr.**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ordonez, Ignacio Antonio**
**5418 Sanborn Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Orea, Maria**
**152 E. 121st St.**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oree, Alesia B**
**1045 W 105st**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Orellana Dominguez, Vilma**
**1750 W Martin Luther King 110**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.427** | **Nonpriority creditor's name and mailing address**
Orellana Gochez, Dario E
1100 W 105th St
Los Angeles, CA 90044

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.428** | **Nonpriority creditor's name and mailing address**
Orozco, Maria A
10320 Felton Ave
Inglewood, CA 90304

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.429** | **Nonpriority creditor's name and mailing address**
Orso, Todd A
1558 W 69th St
Los Angeles, CA 90047

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.430** | **Nonpriority creditor's name and mailing address**
Ortiz Escobar, Saul E
608 W 82nd St 11
Los Angeles, CA 90044

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.431** | **Nonpriority creditor's name and mailing address**
Otero, Rosana R
26015 Cypress St #52
Lomita, CA 90717

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.432** | **Nonpriority creditor's name and mailing address**
Outlaw, Cedric
3425 West Blvd
Los Angeles, CA 90016

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pacheco, Sara A**
**10808 S Figueroa St**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAK, CHO S**
**2317 W. 180TH PL.**
**TORRANCE, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Palacios Lopez, Brenda**
**843 E Jefferson Blvd**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Palacios Vigil, Miguel**
**1567 3/4 Hobart**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Palma, Gloria**
**15005 Osage Ave**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Palmer, Jhnelle Y**
**1545 W 82nd St**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patterson, Delano**
**11303 Zamora Ave Apt 383**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Paz Castillo, Esperanza**
**4437 W. 137th St.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peinado, Maria**
**1267 W adams Blvd**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pena, David**
**143 1/2 East 1St**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peraza, Ana S**
**3506 S. Bronson Ave.**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Perdomo, Carmelina**
**11022 S Inglewood Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez De La Torre, Marlene**
**3897 Cort Land St**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez Sanchez, Elisenda**
**943W. Palmer St**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez, Claudia**
**10415 San Miguel Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez, Maria Eusebia**
**159 W. 85th Pl.**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez, Mauricio**
**157 W 83St**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez, Mirian R**
**3368 W 152nd St**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perez, Norma A**
**1115 W 122nd St**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pheine, Douglas**
**1900 W 77Th St**
**Los Angeles, CA 90047**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $498.88 |
|---|---|---|---|

**Pico Janitorial Supplies**
**2940 W. Pico Blvd**
**Los Angeles, CA 90006**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cleaning Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pineda, Kirsten Erika**
**4437 W. 137th St**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pineda, Veronica Janeth**
**1338 E 56St**
**Long Beach, CA 90805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pinn, Nickey**
**219 E 116th St**
**Los Angeles, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pinto De Garcia, Amalia**
**4416 1/2 E 112th St**
**Lennox, CA 90304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pivarral De Tobar, Aminta G**
**9408 San Vincente Ave**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Polanco, Anyelo**
**3232 1/4 S Central Ave**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pope, Alvin M**
**1307 W 105th St #114**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Prieto, Maria**
**12021 W Adams Blvd #8**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.61** |
|---|---|---|---|

**Prosource Facility Supply**
**11954 Washington Blvd.**
**Whittier, CA 90606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cleaning Supply Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$920.94** |
|---|---|---|---|

**Prudential Overall Supply**
**951 E. Sand Hill**
**Carson, CA 90746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uniform Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.464** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Puig, Carlos M**
**4023 W. 106TH ST.**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Quevedo, Manuela**
**446 W 105th St**
**Los Angeles, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Quintana, Helida**
**625 W. Hyde Park**
**Inglewood, CA 90301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Quintana, Maria Del Carmen**
**11602 Cherry Ave**
**Inglewood, CA 90303**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Quintanilla De Sosa, Blanca**
**12625 Oxford Ave Apt 1**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Quiroa, Sonia**
**11717 Lakewood Blvd Apt 33**
**Downey, CA 90241**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez Alcazar, Lisbet**
9217 Washborn Rd #9
Downey, CA 90242

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez Chavarria, Jose R**
1064 W. 61st St
Los Angeles, CA 90044

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez De Mata, Oneyda S**
4316 Martin Luther King Blvd. Apt. C
Lynwood, CA 90262

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez Galvan, Julian**
10607 Buford Ave
Lennox, CA 90304

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez Martinez, Pedro**
12417 York Ave Apt C
Hawthorne, CA 90250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Ana A**
9217 Washborn Rd #9
Downey, CA 90242

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Cecilia**
**629 1/2 Lime St**
**Inglewood, CA 90301**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Felix**
**1333 W 90th Pl**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Florentino Carlos**
**10801 Cornish Ave.**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Fortunata**
**140 E 49th St**
**Long Beach, CA 90805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Leonor**
**7347 Claire Ave**
**Reseda, CA 91335**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez, Rosa A**
**2009 E 113th St**
**Los Angeles, CA 90059**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramirez, Solvevina**
**35438 Frampton Ave #38**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramos Montes, Marisol**
**2254 E Bliss St**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramos, Danae A**
**10705 Buford Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ramos, Janeth**
**11142 S Inglewood Ave #14**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rangel, Eduardo**
**1030 W 93rd St #7**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rangel, Juan Carlos**
**610 N Mavo Ave**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rangel, Juana I**
**4930 Santa Ana St.**
**Cudahy, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Recinos Lopez, Edwin**
**1306 Rolland Curtis PL**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Recinos Trejo, Edy**
**428 W. Spruce Ave**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Regalado Leiva, Doris**
**1151 W. 70th St.**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Reliable Premium Management Inc**
**404 Great Oak Drive**
**Waite Park, MN 56387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only Workers Compensation Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Resendis Martinez, Doris**
**419 N Sto #4 CA 90033**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.494** | Nonpriority creditor's name and mailing address

**Reyes Rivas, Victoria**
**329 1/2 N Alexandria Ave**
**Los Angeles, CA 90004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.495** | Nonpriority creditor's name and mailing address

**Reyes, Hugo E**
**4054 W 105 St**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.496** | Nonpriority creditor's name and mailing address

**Reyes, Jose**
**10930 Acacia Ave**
**Inglewood, CA 90303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address

**Rivas Delgado, Rosa**
**4926 Malta St**
**Los Angeles, CA 90042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498** | Nonpriority creditor's name and mailing address

**Rivas, Daysi**
**5144 1/2 E Imperial Hwy**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499** | Nonpriority creditor's name and mailing address

**Rivas, Jonathan O**
**1224 111th St Apt #4**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
| | Name | |

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Rivas, Tanisha** | ☐ Contingent | |
| | **860 W 78th St** | ☐ Unliquidated | |
| | **Los Angeles, CA 90044** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Class Member - Umana v World Service West / LASC** | |
| | Last 4 digits of account number __ | **BC662542** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Rivera, Coritza L** | ☐ Contingent | |
| | **9235 State St. Apt. D** | ☐ Unliquidated | |
| | **South Gate, CA 90280** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Class Member - Umana v World Service West / LASC** | |
| | Last 4 digits of account number __ | **BC662542** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Rivera, Maria Del Carmen** | ☐ Contingent | |
| | **4954 W. 98th St.** | ☐ Unliquidated | |
| | **Inglewood, CA 90301** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Class Member - Umana v World Service West / LASC** | |
| | Last 4 digits of account number __ | **BC662542** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Rivera, Melvin** | ☐ Contingent | |
| | **1239 W. 90TH Place** | ☐ Unliquidated | |
| | **Los Angeles, CA 90044** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Class Member - Umana v World Service West / LASC** | |
| | Last 4 digits of account number __ | **BC662542** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Rivera, Rosa** | ☐ Contingent | |
| | **4121 W. 166th St.** | ☐ Unliquidated | |
| | **Lawndale, CA 90260** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Class Member - Umana v World Service West / LASC** | |
| | Last 4 digits of account number __ | **BC662542** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Rivers, Daniel** | ☐ Contingent | |
| | **2149 Earl Ave** | ☐ Unliquidated | |
| | **Long Beach, CA 90806** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Class Member - Umana v World Service West / LASC** | |
| | Last 4 digits of account number __ | **BC662542** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robles, Mayra**
937 S Oak St.
Inglewood, CA 90301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robles, William**
11314 Firmona Ave. 4
Inglewood, CA 90304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodney, Chelesy A**
22101 S Figueroa St Apt #1
Carson, CA 90745

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodney, Marvin**
6427 S Hoover Street Apt8
Los Angeles, CA 90044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodriguez Cruz, Antonia**
416 E. 118th Pl
Los Angeles, CA 90061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodriguez De Esperano, Maria**
848 W. 93rd St.
Los Angeles, CA 90044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez, Amelia**
**10412 State St. Apt. D**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez, Antonia**
**700 W. 82nd St. Apt. 2**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez, Daniel**
**10421 State St. Apt. D**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez, Esperanza**
**8922 Beach St.**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez, Isabel**
**4431 W. 166th  St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez, Juan F**
**811 W 81St**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodriguez, Omar**
2344 E 126 Th St
Compton, CA 90222

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodriguez, Patricia**
2344 E. 126th St.
Compton, CA 90222

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rodriguez, Sesar**
351 W Pear Street
Compton, CA 90222

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rojas Alvarez, Sandra**
10236 Lee Lane
South Gate, CA 90280

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rojo De Rios, Maria**
9223 DorothAve.
South Gate, CA 90280

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Romero De Vera, Esther**
7302 Elsie St
Los Angeles, CA 90001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Romero, Humbelina**
**6516 Bonsallo Ave**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Romero, Juan**
**4323 W. 118th St.**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Romero, Kevin Scott M**
**2312 Santa Fe Ave #14**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Romero, Rolando**
**1640 3rd Ave.**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Romero, Teresita**
**3384 Santa Fe Ave Apt 4**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Romo Luna, Arturo**
**4140 W 163 St**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Romo, Rosalina**
9226 Bowman Ave
South Gate, CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosales, Edgar**
11336 Alvarado
Los Angeles, CA 90059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosales, Martha**
1965 1/2 Raymond Ave
Los Angeles, CA 90007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosas, Juan Carlos**
8270 Wall St.
Los Angeles, CA 90003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rowe, Brandi R**
10022 Flower St #4
Bellflower, CA 90706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rubio, Margarita**
152 1/2 E 121 St
Los Angeles, CA 90061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **World Service West/LA Inflight Service Company, LLC** |
| | Name |

Case number (if known) _____

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruiz Hernandez, Rina**
3641 W 132nd St
Hawthorne, CA 90250

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruiz, Blanca E**
400 W. 95th St.
Los Angeles, CA 90003

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruiz, Leopoldo**
503 E Oaks St spc 20
Compton, CA 90221

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rustrian, Evelyn**
340  E. 83rd St.
Los Angeles, CA 90003

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruvalcaba, Maria D**
3748 W 109TH ST
Inglewood, CA 90303

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Salazar, Marcos A**
809 1/2 W. 69th ST.
Los Angeles, CA 90044

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Salazar, Margarita**
**1301 N. Tamarind Ave.**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Salgado Canales, Leon**
**11143 Osage Ave.**
**Lennox, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Salomon Hernandez, Galileo**
**12527 Paramount Blvd Apt A5**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Salvatierra, German**
**517 E. Hyde Park Blvd Apt 6**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**San, Dolla P**
**910 Freeman Ave #3**
**Long Beach, CA 90408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Beatriz**
**1453 Mc donald Ave**
**Wilmigton, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Carmen**
**7323 S San Pedro St**
**Los Angeles, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Irving**
**5942 Haas Ave**
**Los Angeles, CA 90047**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Juan**
**2610 E 129TH ST**
**Compton, CA 90222**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Kelly S**
**645 E 90 th St**
**Los Angeles, CA 90002**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Lidia S**
**621 S Burlington Ave #207**
**Los Angeles, CA 90057**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanchez, Pedro**
**5942 Haas Ave**
**Los Angeles, CA 90047**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sanchez, Rosa Maria**
**7850 S Normandie AVE #79**
**Los Angeles, CA 90044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sanchez, Socorro**
**5823 Agra st**
**Bell Gardens, CA 90201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sanchez, Veronica**
**1123 W 98St**
**Los Angeles, CA 90044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandoval Sazo, Alejandra**
**10509 San Anselmo Ave**
**South Gate, CA 90280**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandoval, Maria**
**10103 Inglewood Ave.**
**Inglewood, CA 90304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Santiago Brigido, Bulmaro**
**132 W 52nd St**
**Los Angeles, CA 90037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Santiago, Birginia**
**411 W Century Blvd**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Santos, Jorge F**
**6034 Lincoln Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Santos, Pat Bryant**
**6034 Lincoln Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Saravia, Silvia M**
**1462 E 110St**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Schneider, Oscar**
**6523 1/2 ADAMSON AV**
**BELL GARDENS, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Schulman Garden Property**
**c/o Okula Commercial RE Svcs**
**879 W. 190th St., Ste. 400**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**
**Lease of commercial property:**
**1812 W. 135th Street**
**Gardena, Ca**
**Includes rent, cams and utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.566** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Scott, Stephanie**
**850 W 102ND #2**
**Los Angeles, CA 90044**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Senbetu, Emebet**
**115 N Oak St**
**Inglewood, CA 90301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Serrano, Miguel A**
**15006 OSAGE AVE**
**LAWNDALE, CA 90260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Service Employee Int'l USWW**
**828 W. Washington Blvd.**
**Los Angeles, CA 90015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only Union Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Service Employees Int'l USWW**
**P.O. Box 513016**
**Los Angeles, CA 90051-1016**

Date(s) debt was incurred  **Notice Purposes Only**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union COPE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Silva, Ines**
**440 E 106th St**
**Los Angeles, CA 90003**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simien, Joshua**
**615 E 21St Apt 4**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Singletary, Quadre**
**10924 S Osage Ave**
**Lennox, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sinha, Kimberlie**
**12326 Inglewood Ave #A**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Skinner, Tyanna**
**1485 E 115th St #246**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smith, Anthony**
**844 W Beach Ave #7**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smith, Devonte L**
**152 W 102nd St**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.578** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Smith, Virginia**
**188 E. Hullett St.**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SoCal Gas**
**P.O. Box C**
**Monterey Park, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only Utilities - Gas**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Solares Rosales, Oscar G**
**11423 Eucalyptus Ave**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Solares, Erick O**
**128 W. 99th St.**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Solis, Maricela M**
**4558 W. 172ND ST. APT.#2**
**LAWNDALE, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Som, Christopher R**
**232 E Bort St**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$952.82**

**Southern Calfiornia Edison**
P.O. Box 600
Rosemead, CA 91771-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities - Electricity__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.585** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State Farm Insurance**
23717 Hawthorne Blvd.
Suite 208
Torrance, CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only
Automobile Insurer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.586** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sullivan, Janae**
14032 Cordary Ave
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class Member - Umana v World Service West / LASC
BC662542__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sutton, Latanay**
5013 3rd Ave
Los Angeles, CA 90043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class Member - Umana v World Service West / LASC
BC662542__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$939.89**

**T.G.P. Enterprises, Inc.**
5440 San Fernando Rd. West
Los Angeles, CA 90039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Airport Fueler__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.589** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Talaga, Sonya**
3265 Santa Fe Ave #139
Long Beach, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class Member - Umana v World Service West / LASC
BC662542__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tayama, Evila**
17700 S Western Ave Spc #83
Gardena, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class Member - Umana v World Service West / LASC
BC662542__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tessma, Wondimu**
**10131 Buford Ave #39**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas, Lawanda**
**10607 1/2 S. Main Street.**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tiugarcia, Wendy**
**224 W 97th St**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Toastan, Nicole**
**9344 Firebird Ave**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tobar, Jesus**
**9408 San Vincente Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tolbert, Jason M**
**214 E 116 St**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tolentino, Ian**
11521 Oxford Ave Apt C
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Torres De Morates, Evelia**
10916 1/2 Inglewood Ave
Inglewood, CA 90304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Torres, Carmen I**
636 E Hardy St
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Torres, Josue**
1539 W 226 St
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Torres, Thelma**
6021 Gage Ave. Apt 5
Bell Gardens, CA 90201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trejo, Alba Iris**
237 E Bulkthor St Apt
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Trigueros Rodriguez, Beatriz**
4287 Brighton Ave.
Los Angeles, CA 90062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tunchez, Eleodora**
10314 California Ave.
South Gate, CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.605** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**U.S. Bank - Korean Air**
P.O. Box 790408
Saint Louis, MO 63179-0408

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only Corporate Credit Card**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.606** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Uban Flores, Magda**
10300 Burin Ave
Inglewood, CA 90304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.607** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Umana, Yeny N**
115 N Oak St Apt 33
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Urrutia Pacheco, Rebeca**
1619 E 88th St
Los Angeles, CA 90002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.609** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vado, Erick**
**3632 Vinton Ave #5**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.610** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vado, Juana A**
**2100 Estrella Ave. Apt. 8**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.611** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vado, Rodolfo**
**3632 Vinton Ave #5**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Valdez, Sandra**
**1346 1/2 W. 95th St.**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Valencia Hernandez, Yesenia O**
**1025 W. 42nd St. Apt. 2**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Valladares, Anthony**
**2301 Humboldt St Apt 236**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valles, Martha O**
**4741 W. 104th St.**
**Lennox, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valqui, Rosa**
**1265 W 134st**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Van, Demetrius**
**11852 S Figueroa St**
**Los Angeles, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vargas, America**
**6729 Live Oak St #B 1**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vargas, Estela**
**2450 W. Washington Blvd. Apt. 6**
**Los Angeles, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vargas, Stephanie**
**613 E 111st**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vasquez Lem, Ana Carol**
**343 E 115TH ST**
**LOS ANGELES, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vasquez, Elenilson**
**2021 E 112th St**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vasquez, Maria**
**119 W 49 St**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vazquez, Baudelia**
**1017 1/2 W 56th St**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vazquez, David**
**1433 Lomita Blvd #6**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vega Guevara, Carlos**
**931 W SI PL**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|--------|--------|--------|
| | Name | |

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Velasquez Soriano, Rosalio**
**1038 s. Westlake Ave.**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Velasquez, Dinora**
**11252 Pope Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Velazco Matilde, Alma Saudi**
**3550 Los Flores Blvd**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Velazquez, Felipe**
**1461 Perez Ln Apt 442**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Ventura, Fatima**
**10520 Montara Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|

**Ventura, Jennifer**
**1052 W 60St #A**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class Member - Umana v World Service West / LASC BC662542

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ventura, Silvia V**
5453 Norwalk Blvd. Apt G
Whittier, CA 90601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Veritiv**
6120 South Gilmore Road
Fairfield, OH 45014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only Cleaning Supply Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $330.97 |
|---|---|---|---|

**Verizon**
P.O. Box 96089
Bellevue, WA 98009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Cell Phones**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vidales, Martha**
4829 W 118th St #A
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villalobos, Marina A**
10307 Stanford Ave
Los Angeles, CA 90002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Villanueva, Vilma**
906 E. Lanzit Ave.
Los Angeles, CA 90059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Villareal, Teresa**
**13535 Chadron Ave**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Villatoro Zamora, Sonia**
**1335 W. 30th St.**
**Los Angeles, CA 90007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Villatoro, Maria**
**10901 1/2 Sherman Ave**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Villegas Melgar, Brayan**
**649 N New Hampshire Ave**
**Los Angeles, CA 90004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vizcaino, Rosa**
**15571 1/2 Binney St.**
**hacienda Heights, CA 91745**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vizcaino, Viridiana**
**P.O. Box 2191**
**Inglewood, CA 90305**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class Member - Umana v World Service West / LASC BC662542__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Waste Resources Gardena**
P.O. Box 2410
Gardena, CA 90247

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**
**Trash Disposal**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Watson, Latoya**
6513 Brynhurst Ave
Los Angeles, CA 90043

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Watson-Taylor, Marzavious**
231 E. Hazel St. #2
Inglewood, CA 90302

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Williams, Angelos M**
2379 W 31st
Los Angeles, CA 90018

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Williams, Emari E**
1642 W 51st Pl
Los Angeles, CA 90062

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Williams, Shaneka R**
521 N Holly Ave
Compton, CA 90221

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class Member - Umana v World Service West / LASC**
**BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Williams, Torie L**
**219 Lime St #203**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Witrago, Andres**
**1514 N. Van Ness Ave.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Witrago, Antonio**
**1514 N Van ness Ave**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Witrago, Hector**
**1514 N. Van Ness Ave.**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Xiloj Tzun, Roxana B**
**9815 Maie Ave 100**
**Los Angeles, CA 90002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800,000.00** |
|---|---|---|---|

**Yeny Umana Class Claimants**
**c/o Nourmand, Michael**
**The Nourmand Law Firm APC**
**8822 West Olympic Boulevard**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class Action Settlement**
**Yeny Umana etc v. World Service West/LA Inflight Service Company LASC Case No. BC 662 542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | World Service West/LA Inflight Service Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.657**

**Nonpriority creditor's name and mailing address**

**Yoon, Byung In**
**2540 Dorest Drive**
**Torrance, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$300,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money loaned to Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.658**

**Nonpriority creditor's name and mailing address**

**Yoon, Steven**
**32 Hillcrest Meadows**
**Rolling Hills Estates, CA 90274**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$224,540.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Money loaned to Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.659**

**Nonpriority creditor's name and mailing address**

**Zarate Diaz, Juan**
**11151 S Van Buren Ave**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660**

**Nonpriority creditor's name and mailing address**

**Zavala Barroso, Rosa**
**14318 Clarkdale Ave**
**Norwalk, CA 90650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.661**

**Nonpriority creditor's name and mailing address**

**Zavala Madrigal, Julio**
**1023 Walnut Street**
**Inglewood, CA 90301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.662**

**Nonpriority creditor's name and mailing address**

**Zegaw, Endalu**
**5310 9th Ave**
**Los Angeles, CA 90043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663**

**Nonpriority creditor's name and mailing address**

**Zelaya, Blanca**
**1849 Valley Park Ave**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class Member - Umana v World Service West / LASC BC662542**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **World Service West/LA Inflight Service Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zepeda, Sarai**
**4437 W 137th Hawthorne**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zermeno, Yolanda**
**11201 S. Grevillea Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zetino, Gloria**
**1064 W 61th St**
**Los Angeles, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zunuga Espericueta, Glenda J**
**3550 Los flores Blvd Apt B**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Member - Umana v World Service West / LASC BC662542**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ace Property and Casualty Ins. Co.**<br>**436 Walnut Street**<br>**Philadelphia, PA 19106** | Line  **3.115**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **DeLage Landen Financial Services In**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | Line  **3.177**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Schulman Garden Property**<br>**5264 Miembro Drive**<br>**Laguna Woods, CA 92637** | Line  **3.565**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **World Service West/LA Inflight Service Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **Security National Insurance Company**<br>**800 Superior Avenue**<br>**21st Floor**<br>**Cleveland, OH 44114** | Line __3.492__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Weinberg, Roger and Rosenfeld**<br>**Attn: Conchita Lozano Batista**<br>**1375 55th Street**<br>**Emeryville, CA 94608** | Line __3.104__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,656,349.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,656,349.67 |

**Fill in this information to identify the case:**

Debtor name     **World Service West/LA Inflight Service Company, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Customer Airport Cleaning Contract**  State the term remaining  List the contract number of any government contract | **Air Canada**<br>**600 World Way**<br>**5721 W. Imperial Hwy**<br>**Los Angeles, CA 90045** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Customer Airport Cleaning Contract**  State the term remaining  List the contract number of any government contract | **Air China**<br>**380 World Way**<br>**Suite 3114**<br>**Los Angeles, CA 90045** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Customer Airport Cleaning Contract**  State the term remaining  List the contract number of any government contract | **Air France**<br>**3800 World Way**<br>**Box 12N**<br>**Los Angeles, CA 90045** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Customer Airport Cleaning Contract**  State the term remaining  List the contract number of any government contract | **Air New Zealand**<br>**380 World Way**<br>**Box N2**<br>**Los Angeles, CA 90045** |

| Debtor 1 | World Service West/LA Inflight Service Company, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Airport Cleaning Contract**

State the term remaining

List the contract number of any government contract

**American Airlines**
**P.O. Box 92246**
**500 World Way**
**Los Angeles, CA 90045**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Airport Cleaning Contract**

State the term remaining

List the contract number of any government contract

**Asiana Airlines**
**380 World Way**
**Box S-37**
**Los Angeles, CA 90045**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Airport Cleaning Contract**

State the term remaining

List the contract number of any government contract

**AvAirPros Services Inc.**
**3555 Kraft Road**
**Suite 300**
**Naples, FL 34105**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Airport Cleaning Contract**

State the term remaining

List the contract number of any government contract

**British Airways**
**380 World Way**
**Ste 3341**
**Los Angeles, CA 90045**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial General Liability, Automobile Liability and Workers Compensation and Employers' Liablity Insurance**

State the term remaining

List the contract number of any government contract

**Business Aviation Ins. Svcs Inc**
**P.O. Box 6452**
**Attn: Geoffrey Bruce Logan**
**Concord, CA 94524**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **General Liability Insurance**

**Capital Premium Finance Inc.**
**P.O. Box 660232**
**Dallas, TX 75266-0232**

| Debtor 1 | World Service West/LA Inflight Service Company, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ■ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **Cathay Pacific** |
| | List the contract number of any government contract | | **380 World Way** |
| | | | **Box S-27** |
| | | | **Los Angeles, CA 90045** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **China Airlines** |
| | List the contract number of any government contract | | **380 World Way** |
| | | | **Box S-14** |
| | | | **Los Angeles, CA 90045** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **Concesionaria Vuela Compañía de Avi** |
| | | | **Av. Antonio Dovali Jamie No. 70** |
| | List the contract number of any government contract | | **Torre B, piso 13,** |
| | | | **Col. Zadec Santa Fe Mexico City** |
| | | | **01210 MEXCO** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Sharp Copy Machine 60-month lease signed 08/10/2017** | |
|---|---|---|---|
| | State the term remaining | | **DeLage Landen Financial Services In** |
| | List the contract number of any government contract | | **P.O. Box 41602** |
| | | | **Philadelphia, PA 19101-1602** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **Delta Cargo** |
| | List the contract number of any government contract | | **11101 Aviation Blvd.** |
| | | | **Los Angeles, CA 90045** |

| Debtor 1 | World Service West/LA Inflight Service Company, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **Delta G.S.E.** |
| | List the contract number of any government contract | | **Delta Airlines Dept 587 P.O. Box 90676 Los Angeles, CA 90009** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract (Not active since Pandemic)** | |
|---|---|---|---|
| | State the term remaining | | **Etihad Airways** |
| | List the contract number of any government contract | | **380 World Way Los Angeles, CA 90045** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract (Not active since Pandemic)** | |
|---|---|---|---|
| | State the term remaining | | **FLIK International Corp (Compass Group Canada Ltd)** |
| | List the contract number of any government contract | | **2400 Yorkmont Road Charlotte, NC 28217** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **Hawaiian Airlines** |
| | List the contract number of any government contract | | **3375 Koapaka Street Suite G350 Honolulu, HI 96819-1000** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | | **Japan Airlines** |
| | List the contract number of any government contract | | **6041 West Imperial Hwy Los Angeles, CA 90045** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract (Not active since Pandemic)** | |
|---|---|---|---|
| | State the term remaining | | **KLM Royal Dutch Airlines** |
| | | | **380 World Way Box 12N Los Angeles, CA 90045** |

| Debtor 1 | World Service West/LA Inflight Service Company, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** |
|---|---|---|
| | State the term remaining | Korean Airlines |
| | List the contract number of any government contract | **380 World Way**<br>**Box S-4**<br>**Los Angeles, CA 90045** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Clearning Contact** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **LAX 6 Consortium**<br>**600 World Way Ste 2311**<br>**Los Angeles, CA 90045** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Menzies**<br>**P.O. Box 610330**<br>**Dallas, TX 75261** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Prosegur Security**<br>**8929 S. Sepulveda Blvd.**<br>**Suite 300**<br>**Los Angeles, CA 90045** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Airport Cleaning Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Qatar Airways**<br>**380 World Way**<br>**Rm 5C-13-07A**<br>**Los Angeles, CA 90045** |

| Debtor 1 | World Service West/LA Inflight Service Company, LLC | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Customer Airport Cleaning Contract (Not active since Pandemic) | |
|---|---|---|---|
| | State the term remaining | | Quantas Airlines 380 World Way Box N5 Los Angeles, CA 90045 |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Customer Airport Cleaning Contract | |
|---|---|---|---|
| | State the term remaining | | Saudia 380 World Way Box S-22 Los Angeles, CA 90045 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Customer Airport Cleaning Contract (Not active since Pandemic) | |
|---|---|---|---|
| | State the term remaining | | Scandinavian Airlines of North America In. 301 Route 17 Rutherford, NJ 07070 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1812 W. 135th Street, Gardena, California. | |
|---|---|---|---|
| | State the term remaining | | Schulman Garden Property 5264 Miembro Drive Laguna Woods, CA 92637 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Workers Compensation Insurance Policy | |
|---|---|---|---|
| | State the term remaining | | Security National Insurance Company 800 Superior Ave East 21st Floor Cleveland, OH 44114 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Customer Airport Cleaning Contract (Not active since Pandemic) | |
|---|---|---|---|
| | State the term remaining | | SITA Information Networking Computing System USA 3100 Cumberland Blvd. Atlanta, GA 30339 |

| Debtor 1 | World Service West/LA Inflight Service Company, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

**Automobile Insurance**

State the term remaining

List the contract number of any government contract

**State Farm Insurance**
**23717 Hawthorne Blvd.**
**Suite 208**
**Torrance, CA 90505**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Airport Clearning Contact**

State the term remaining

List the contract number of any government contract

**Tom Braley Intn'l Terminal Equip.Co**
**380 World Way**
**Box S-18**
**Los Angeles, CA 90045**

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Airport Cleaning Contract (Not active since Pandemic)**

State the term remaining

List the contract number of any government contract

**Virgin Atlantic Airways**
**200 World Way**
**Box 16**
**Los Angeles, CA 90045**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Airport Cleaning Contract (Not active since Pandemic)**

State the term remaining

List the contract number of any government contract

**Virgin Australia Airlines**
**Pyt Ltd ABN 36090670965**
**56 Edmondstone Road**
**Bowen Hills Queensland**
**Australia**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Airport Cleaning Contract**

State the term remaining

List the contract number of any government contract

**Xiamen Air**
**380 World Way**
**Los Angeles, CA 90045**

---

**Fill in this information to identify the case:**

Debtor name __**World Service West/LA Inflight Service Company, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |

---

**Fill in this information to identify the case:**

Debtor name  **World Service West/LA Inflight Service Company, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 26, 2021**          X _____
                                                  Signature of individual signing on behalf of debtor

**Steven Yoon**
Printed name

**Co Managing Member**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  **World Service West/LA Inflight Service Company, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other  _____ | **$2,575,029.41** |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other  _____ | **$7,045,512.08** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other  _____ | **$13,038,537.67** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **World Service West/LA Inflight Service Company, LLC** _____   Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.1. **See Attached Schedule**<br>**SOFA Part 2 - No. 3.1** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Byung In Yoon**<br>**2540 Dorest Drive**<br>**Torrance, CA 90503**<br>**Member** | **See attached**<br>**SOFA Part 2**<br>**No. 4.1** | **$121,153.60** | **Salary and Vacation Pay** |
| 4.2. **Michelle Yoon**<br>**2540 Dorest Drive**<br>**Torrance, CA 90503**<br>**Member** | **See attached**<br>**SOFA Part 2**<br>**No. 4.2** | **$107,692.00** | **Salary and Vacation Pay** |
| 4.3. **Yoon, Steven**<br>**32 Hillcrest Meadows**<br>**Rolling Hills Estates, CA 90274**<br>**Member** | **See Attached**<br>**SOFA Part 2**<br>**No. 4.3** | **$105,654.87** | **Salary and Vacation Pay** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    **World Service West/LA Inflight Service Company, LLC**          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Yeny Umana v. World Service West/LA Inflight Service Company, LLC**<br>bc 662-542 | **Class Action Complaint** | **Los Angeles Superior Court**<br>**312 North Spring Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **The Board of Trustee of the California Service Employees Health and Welfare Trust Fund v. World Service West/LA Inflight Service Company, LLC**<br>4:19-05737 HSG | | **United States District Court Northern Division of California** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **World Service West/LA Inflight Service Company, LLC** _____ Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ringstad & Sanders LLP** **4343 Von Karman Avenue** **Suite 300** **Newport Beach, CA 92660** | | 3/9/2021 - $35,000 8/6/2021 - $40,000 8/25/2021 - $20,000 | **$95,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

Debtor    **World Service West/LA Inflight Service Company, LLC**                Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **World Service West/LA Inflight Service Company, LLC**    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

Debtor    **World Service West/LA Inflight Service Company, LLC**            Case number *(if known)* _____

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **World Service West/LA Inflight Service Company, LLC**    Case number (if known) _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2021**

_____    **Steven Yoon**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Co Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

11:08 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**

**Transaction List by Vendor**

May 26 through August 24, 2021

|  |  |  | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|---|---|
| **AQUA LIFE** | | | | | | | |
|  |  |  | Bill | 05/27/2021 | 061021 | Office Expenses-Drinking Water | -26.99 |
|  |  |  | Bill | 06/23/2021 | 071021 | Office Expenses-Drinking Water | -26.99 |
|  |  |  | Bill | 07/29/2021 | 081021 | Office Expenses-Drinking Water | -26.99 |
|  |  |  | | | | | -80.97 |
| **AT&T** | | | | | | | |
|  |  |  | Bill | 05/29/2021 | 7000-061221 | Gardena | -1,069.78 |
|  |  |  | Bill | 05/27/2021 | 5871-060921 | E-Mail Accounts/Internet | -322.25 |
|  |  |  | Bill | 06/28/2021 | 5871-071221 | E-Mail Accounts/Internet | -311.75 |
|  |  |  | Bill | 07/08/2021 | 7000-071221 | Gardena | -328.17 |
|  |  |  | Bill | 07/27/2021 | 5871-081021 | E-Mail Accounts/Internet | -311.45 |
|  |  |  | | | | | -2,343.40 |
| **BANK OF AMERICA** | | | | | | | |
|  |  |  | Check | 06/15/2021 | ACH | Service Charge | -39.05 |
|  |  |  | Check | 07/15/2021 | ACH | Service Charge | -75.46 |
|  |  |  | Check | 08/16/2021 | ACH | Service Charge | -45.68 |
|  |  |  | | | | | -160.19 |
| **BANK OF AMERICA 6680** | | | | | | | |
|  |  |  | Check | 05/27/2021 | 28726 | COMPANY CREDIT CARD | -668.97 |
|  |  |  | Check | 06/30/2021 | 28773 | COMPANY CREDIT CARD | -461.87 |
|  |  |  | Check | 07/27/2021 | 28823 | COMPANY CREDIT CARD | -414.83 |
|  |  |  | Check | 08/17/2021 | 28865 | COMPANY CREDIT CARD | -302.93 |
|  |  |  | | | | | -1,848.60 |
| **BANK OF HOPE** | | | | | | | |
|  |  |  | Check | 06/02/2021 | ACH | Service Charge | -759.00 |
|  |  |  | Check | 06/15/2021 | ACH | Service Charge | -24.24 |
|  |  |  | Check | 07/15/2021 | ACH | Service Charge | -161.02 |
|  |  |  | Check | 08/13/2021 | ACH | Service Charge | -38.13 |
|  |  |  | | | | | -982.39 |
| **BAUTE CROCHETIERE & HARTLEY & VELKEI LLP** | | | | | | | |
|  |  |  | Bill | 07/13/2021 | 38126 | Legal Fees | -172.50 |
|  |  |  | Bill | 07/13/2021 | 38123 | Legal Fees | -5,805.00 |
|  |  |  | Bill | 07/22/2021 | 38127 | Legal Fees | -8,205.10 |
|  |  |  | Bill | 08/25/2021 | 38127 | Legal Fees | -30,000.00 |
|  |  |  | | | | | -44,182.60 |
| **BUSINESS AVIATION INSURANCE SVC** | | | | | | | |
|  |  |  | Bill | 06/23/2021 | GL2021/2022 | Liability Insurance | -17,175.68 |
|  |  |  | | | | | -17,175.68 |
| **CALIF. SERVICE EMPLOYEES HEALTH AND WELFA** | | | | | | | |
|  |  |  | Check | 06/21/2021 | 55483 | Union Membr Employees Medical Insurance | -76,836.36 |
|  |  |  | Check | 07/19/2021 | 55497 | Union Membr Employees Medical Insurance | -78,710.17 |
|  |  |  | Check | 08/17/2021 | 55514 | Union Membr Employees Medical Insurance | -79,097.86 |
|  |  |  | | | | | -234,644.39 |
| **CAPITAL PREMIUM FINANCE INC.** | | | | | | | |
|  |  |  | Bill | 07/13/2021 | 2ND-071521 | Liabilies Insurance | -4,393.93 |
|  |  |  | Bill | 08/12/2021 | 3RD-081521 | Liabilies Insurance | -4,393.93 |
|  |  |  | | | | | -8,787.86 |
| **CHEVRON** | | | | | | | |
|  |  |  | Bill | 06/17/2021 | 062321 | Auto Fuel | -538.39 |

11:48 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**
**Transaction List by Vendor**
**May 26 through August 24, 2021**

| | | | | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | Bill | 07/12/2021 | 072321 | Auto Fuel | -555.61 |
| | | | | Bill | 08/12/2021 | 082321 | Auto Fuel | -501.43 |
| | | | | | | | | -1,595.43 |
| | | | | | | | | |
| **CHOICE TECH INC.** | | | | | | | | |
| | | | | Bill | 06/18/2021 | 0311560 | Alarm & Security Service | -30.00 |
| | | | | Bill | 07/22/2021 | 0313752 | Alarm & Security Service | -30.00 |
| | | | | Bill | 08/17/2021 | 0315950 | Alarm & Security Service | -30.00 |
| | | | | | | | | -90.00 |
| | | | | | | | | |
| **CHON & HOUGH PROFESSIONAL CORP.** | | | | | | | | |
| | | | | Check | 05/30/2021 | 54968 | Account Fee - Payroll | -1,500.00 |
| | | | | Check | 06/30/2021 | 55157 | Account Fee - Payroll | -1,500.00 |
| | | | | Check | 07/30/2021 | 55351 | Account Fee - Payroll | -1,500.00 |
| | | | | Bill | 08/15/2021 | 08/2021 | Account Fee - Payroll | -1,500.00 |
| | | | | Check | 08/23/2021 | 55456 | Account Fee - ERC report | -11,000.00 |
| | | | | | | | | -17,000.00 |
| | | | | | | | | |
| **DE LAGE LANDEN FINANCIAL SERVICES** | | | | | | | | |
| | | | | Bill | 06/06/2021 | 72788719 | Equipment Rental - Copier | -133.44 |
| | | | | Bill | 06/06/2021 | 72791837 | Equipment Rental - Copier | -419.72 |
| | | | | Bill | 07/07/2021 | 73040173 | Equipment Rental - Copier | -400.81 |
| | | | | Bill | 07/07/2021 | 73039549 | Equipment Rental - Copier | -127.98 |
| | | | | Bill | 07/17/2021 | 73180451 | Equipment Rental - Copier | -28.03 |
| | | | | Bill | 07/17/2021 | 73180454 | Equipment Rental - Copier | -136.40 |
| | | | | Bill | 08/07/2021 | 73394446 | Equipment Rental - Copier | -400.81 |
| | | | | Bill | 08/07/2021 | 73393969 | Equipment Rental - Copier | -127.98 |
| | | | | | | | | -1,775.17 |
| | | | | | | | | |
| **DMV** | | | | | | | | |
| | | | | Bill | 07/06/2021 | 6KJW998-YR 2021 | Licenses and Permits | -23.00 |
| | | | | | | | | -23.00 |
| | | | | | | | | |
| **EDD** | | | | | | | | |
| | | | | Check | 06/04/2021 | EFT | State Payroll tax Deposit | -4,791.70 |
| | | | | Check | 06/18/2021 | EFT | State Payroll tax Deposit | -6,116.54 |
| | | | | Check | 07/07/2021 | EFT | State Payroll tax Deposit | -5,448.51 |
| | | | | Check | 07/21/2021 | EFT | State Payroll tax Deposit | -5,454.27 |
| | | | | Check | 08/04/2021 | EFT | State Payroll tax Deposit | -5,812.16 |
| | | | | Check | 08/23/2021 | EFT | State Payroll tax Deposit | -5,714.59 |
| | | | | | | | | -33,337.77 |
| | | | | | | | | |
| **ENDEX CHECKS** | | | | | | | | |
| | | | | Check | 07/13/2021 | EFT | Office Supply | -110.74 |
| | | | | | | | | -110.74 |
| | | | | | | | | |
| **FRANCHISE TAX BOARD** | | | | | | | | |
| | | | | Check | 06/15/2021 | EFT | LLC FEE - STATE TAX | -11,790.00 |
| | | | | | | | | -11,790.00 |
| | | | | | | | | |
| **GRAINGER** | | | | | | | | |
| | | | | Bill | 06/07/2021 | 9924605745 | Supplies | -24.91 |
| | | | | | | | | -24.91 |
| | | | | | | | | |
| **INTERNAL REVENUE SERVICES - 941** | | | | | | | | |
| | | | | Check | 06/04/2021 | EFT | Federal Payroll Tax Deposit | -33,677.94 |
| | | | | Check | 06/18/2021 | EFT | Federal Payroll Tax Deposit | -40,021.48 |
| | | | | Check | 07/07/2021 | EFT | Federal Payroll Tax Deposit | -37,168.06 |
| | | | | Check | 07/21/2021 | EFT | Federal Payroll Tax Deposit | -37,037.34 |

11:49 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**
**Transaction List by Vendor**
**May 26 through August 24, 2021**

| | | | Type | Date | Num | Split | Amount |
|---|---|---|------|------|-----|-------|--------|
| | | | Check | 08/04/2021 | EFT | Federal Payroll Tax Deposit | -39,368.36 |
| | | | Check | 08/20/2021 | EFT | Federal Payroll Tax Deposit | -40,335.90 |
| | | | | | | | -227,609.08 |
| | | | | | | | |
| **INTERNAL REVENUE SERVICES - 940** | | | | | | | |
| | | | Check | 06/04/2021 | EFT | Federal Payroll Tax Deposit | -136.29 |
| | | | Check | 06/18/2021 | EFT | Federal Payroll Tax Deposit | -202.33 |
| | | | Check | 07/07/2021 | EFT | Federal Payroll Tax Deposit | -176.26 |
| | | | Check | 07/21/2021 | EFT | Federal Payroll Tax Deposit | -159.15 |
| | | | Check | 08/04/2021 | EFT | Federal Payroll Tax Deposit | -121.20 |
| | | | Check | 08/20/2021 | EFT | Federal Payroll Tax Deposit | -13.47 |
| | | | | | | | -808.70 |
| | | | | | | | |
| **IRVINE VENTURE LAW FIRM, LLP** | | | | | | | |
| | | | Check | 08/18/2021 | WIRE | Legal Fees | -2,500.00 |
| | | | | | | | -2,500.00 |
| | | | | | | | |
| **JALISCO TIRE & AUTO REPAIR** | | | | | | | |
| | | | Bill | 07/12/2021 | 071221 | Auto Parts | -10.00 |
| | | | | | | | -10.00 |
| | | | | | | | |
| **KIM & KIM, CPAS'** | | | | | | | |
| | | | Bill | 06/01/2021 | 05/2021 | Accounting | -1,000.00 |
| | | | Bill | 07/01/2021 | 06/2021 | Accounting | -200.00 |
| | | | Bill | 08/01/2021 | 07/2021 | Accounting | -200.00 |
| | | | | | | | -1,400.00 |
| | | | | | | | |
| **LOS ANGELES COUNTY TAX COLLECTOR** | | | | | | | |
| | | | Bill | 06/14/2021 | 40705193 | Property Tax | -467.51 |
| | | | | | | | -467.51 |
| | | | | | | | |
| **LOS ANGELES WORLD AIRPORTS** | | | | | | | |
| | | | Bill | 06/01/2021 | 2121330737 | Licenses and Permits | -5,000.00 |
| | | | Bill | 08/01/2021 | 2122333351 | Licenses and Permits | -3,100.00 |
| | | | | | | | -8,100.00 |
| | | | | | | | |
| **LTEF** | | | | | | | |
| | | | Bill | 06/17/2021 | MAY 2021 | Emloyment Service | -128.17 |
| | | | Bill | 07/16/2021 | JUNE 2021 | Emloyment Service | -130.82 |
| | | | Bill | 08/16/2021 | JULY 2021 | Emloyment Service | -134.24 |
| | | | | | | | -393.23 |
| | | | | | | | |
| **PICO JANITORIAL SUPPLIES** | | | | | | | |
| | | | Bill | 07/26/2021 | 8079 | Supplies | -71.12 |
| | | | Bill | 07/27/2021 | 8091 | Supplies | -427.76 |
| | | | | | | | -498.88 |
| | | | | | | | |
| **PROSOURCE FACILITY SUPPLY** | | | | | | | |
| | | | Bill | 05/26/2021 | 5337 | Supplies | -662.66 |
| | | | Bill | 05/26/2021 | 5338 | Supplies | -1,228.22 |
| | | | Bill | 05/26/2021 | 5339 | Supplies | -35.31 |
| | | | Bill | 05/26/2021 | 5340 | Supplies | -18.89 |
| | | | Bill | 06/01/2021 | 5384 | Supplies | -65.65 |
| | | | Bill | 06/02/2021 | 5465 | Supplies | -199.42 |
| | | | Bill | 06/02/2021 | 5467 | Supplies | -766.94 |
| | | | Bill | 06/02/2021 | 5468 | Supplies | -108.26 |
| | | | Bill | 06/02/2021 | 5470 | Supplies | -29.20 |
| | | | Bill | 06/02/2021 | 5469 | Supplies | -48.09 |
| | | | Bill | 06/02/2021 | 5466 | Supplies | -502.66 |

11:46 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**
**Transaction List by Vendor**
**May 26 through August 24, 2021**

| | | | Type | Date | Num | Split | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Bill | 06/03/2021 | 5535 | Supplies | | -164.14 |
| | | | Bill | 06/03/2021 | 5536 | Supplies | | -164.14 |
| | | | Bill | 06/03/2021 | 5537 | Supplies | | -164.14 |
| | | | Bill | 06/07/2021 | MSC | Supplies | | -742.42 |
| | | | Bill | 06/08/2021 | 5624 | Supplies | | -479.86 |
| | | | Bill | 06/08/2021 | 5622 | Supplies | | -543.92 |
| | | | Bill | 06/09/2021 | 5661 | Supplies | | -883.78 |
| | | | Bill | 06/09/2021 | 5662 | Supplies | | -1,078.53 |
| | | | Bill | 06/09/2021 | 5663 | Supplies | | -35.31 |
| | | | Bill | 06/09/2021 | 5664 | Supplies | | -62.64 |
| | | | Bill | 06/09/2021 | 5454 | Supplies | | -490.57 |
| | | | Bill | 06/09/2021 | 5665 | Supplies | | -155.02 |
| | | | Bill | 06/10/2021 | D5627 | Supplies | | -51.41 |
| | | | Bill | 06/10/2021 | D5629 | Supplies | | -51.41 |
| | | | Bill | 06/11/2021 | 5714 | Supplies | | -164.14 |
| | | | Bill | 06/15/2021 | 5768 | Supplies | | -423.26 |
| | | | Bill | 06/16/2021 | 5776 | Supplies | | -306.67 |
| | | | Bill | 06/16/2021 | 5816 | Supplies | | -947.34 |
| | | | Bill | 06/16/2021 | 5817 | Supplies | | -29.20 |
| | | | Bill | 06/16/2021 | 5819 | Supplies | | -29.20 |
| | | | Bill | 06/16/2021 | 5815 | Supplies | | -833.74 |
| | | | Bill | 06/16/2021 | 5818 | Supplies | | -18.89 |
| | | | Bill | 06/21/2021 | 5891 | Supplies | | -23.62 |
| | | | Bill | 06/22/2021 | 5942 | Supplies | | -538.29 |
| | | | Bill | 06/22/2021 | 5941 | Supplies | | -277.50 |
| | | | Bill | 06/23/2021 | 5740 | Supplies | | -50.32 |
| | | | Bill | 06/23/2021 | 5977 | Supplies | | -136.39 |
| | | | Bill | 06/23/2021 | 5976 | Supplies | | -994.26 |
| | | | Bill | 06/23/2021 | 5979 | Supplies | | -32.80 |
| | | | Bill | 06/23/2021 | 5978 | Supplies | | -18.89 |
| | | | Bill | 06/23/2021 | 5975 | Supplies | | -480.88 |
| | | | Bill | 06/23/2021 | 5980 | Supplies | | -4.53 |
| | | | Bill | 06/23/2021 | 5739 | Supplies | | -50.32 |
| | | | Bill | 06/23/2021 | 5986 | Supplies | | -372.19 |
| | | | Bill | 06/23/2021 | 5981 | Supplies | | -53.11 |
| | | | Bill | 06/24/2021 | 5988 | Supplies | | -14.18 |
| | | | Bill | 06/29/2021 | 6047 | Supplies | | -314.93 |
| | | | Bill | 06/29/2021 | 6045 | Supplies | | -523.61 |
| | | | Bill | 06/29/2021 | 6102 | Supplies | | -654.40 |
| | | | Bill | 06/29/2021 | 6098 | Supplies | | -357.26 |
| | | | Bill | 06/29/2021 | 6097 | Supplies | | -9.80 |
| | | | Bill | 06/29/2021 | 6096 | Supplies | | -9.80 |
| | | | Bill | 06/30/2021 | 6123 | Supplies | | -667.20 |
| | | | Bill | 06/30/2021 | 6124 | Supplies | | -29.20 |
| | | | Bill | 06/30/2021 | 6125 | Supplies | | -18.89 |
| | | | Bill | 06/30/2021 | 6126 | Supplies | | -116.81 |
| | | | Bill | 06/30/2021 | 6122 | Supplies | | -548.11 |
| | | | Bill | 06/30/2021 | 6135 | Supplies | | 0.00 |
| | | | Bill | 07/01/2021 | 6171 | Supplies | | -64.50 |
| | | | Bill | 07/01/2021 | 6163 | Supplies | | -82.07 |
| | | | Bill | 07/01/2021 | 6164 | Supplies | | -82.07 |
| | | | Bill | 07/07/2021 | 6278 | Supplies | | -35.31 |
| | | | Bill | 07/07/2021 | 6276 | Supplies | | -499.12 |
| | | | Bill | 07/07/2021 | 6277 | Supplies | | -902.81 |
| | | | Bill | 07/07/2021 | 6279 | Supplies | | -18.89 |
| | | | Bill | 07/07/2021 | 6252 | Supplies | | -311.83 |
| | | | Bill | 07/07/2021 | 6251 | Supplies | | -465.98 |
| | | | Bill | 07/08/2021 | 6317 | Supplies | | -113.61 |
| | | | Bill | 07/13/2021 | 6394 | Supplies | | -493.70 |
| | | | Bill | 07/13/2021 | 6399 | Supplies | | -493.70 |

Case 2:21-bk-16800-BR   Doc 1   Filed 08/27/21   Entered 08/27/21 11:50:10   Desc
Main Document   Page 158 of 255
11:46 AM
08/24/21

WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC
Transaction List by Vendor
May 26 through August 24, 2021

| | | | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|---|---|
| | | | Bill | 07/14/2021 | 6373 | Supplies | -21.85 |
| | | | Bill | 07/14/2021 | 6430 | Supplies | -758.74 |
| | | | Bill | 07/14/2021 | 6431 | Supplies | -982.24 |
| | | | Bill | 07/14/2021 | 6432 | Supplies | -22.72 |
| | | | Bill | 07/14/2021 | 6433 | Supplies | -149.61 |
| | | | Bill | 07/14/2021 | 6434 | Supplies | -162.00 |
| | | | Bill | 07/14/2021 | 6435 | Supplies | -48.09 |
| | | | Bill | 07/16/2021 | 6460 | Supplies | -68.28 |
| | | | Bill | 07/16/2021 | 6474 | Supplies | -137.97 |
| | | | Bill | 07/19/2021 | 6455 | Supplies | -40.79 |
| | | | Bill | 07/20/2021 | 6533 | Supplies | -378.53 |
| | | | Bill | 07/20/2021 | 6540 | Supplies | -438.03 |
| | | | Bill | 07/20/2021 | 6541 | Supplies | -50.32 |
| | | | Bill | 07/20/2021 | 6568 | Supplies | -18.89 |
| | | | Bill | 07/20/2021 | 6566 | Supplies | -933.12 |
| | | | Bill | 07/20/2021 | 6567 | Supplies | -131.92 |
| | | | Bill | 07/21/2021 | 6565 | Supplies | -723.69 |
| | | | Bill | 07/22/2021 | 6587 | Supplies | -115.11 |
| | | | Bill | 07/27/2021 | 6677 | Supplies | -582.07 |
| | | | Bill | 07/27/2021 | 6682 | Supplies | -297.75 |
| | | | Bill | 07/28/2021 | 6710 | Supplies | -706.12 |
| | | | Bill | 07/28/2021 | 6711 | Supplies | -149.61 |
| | | | Bill | 07/28/2021 | 6712 | Supplies | -141.23 |
| | | | Bill | 07/28/2021 | 6713 | Supplies | -18.89 |
| | | | Bill | 07/28/2021 | 6714 | Supplies | -1,182.57 |
| | | | Bill | 08/02/2021 | 6781 | Supplies | -750.55 |
| | | | Bill | 08/04/2021 | 6836 | Supplies | -320.70 |
| | | | Bill | 08/04/2021 | 6875 | Supplies | -547.59 |
| | | | Bill | 08/04/2021 | 6876 | Supplies | -917.90 |
| | | | Bill | 08/04/2021 | 6877 | Supplies | -68.11 |
| | | | Bill | 08/04/2021 | 6878 | Supplies | -37.78 |
| | | | Bill | 08/05/2021 | 6914 | Supplies | -82.07 |
| | | | Bill | 08/05/2021 | 6915 | Supplies | -164.14 |
| | | | Bill | 08/05/2021 | 6916 | Supplies | -82.07 |
| | | | Bill | 08/10/2021 | 7029 | Supplies | -556.64 |
| | | | Bill | 08/10/2021 | 7031 | Supplies | -388.74 |
| | | | Bill | 08/11/2021 | 7053 | Supplies | -784.43 |
| | | | Bill | 08/11/2021 | 7054 | Supplies | -867.61 |
| | | | Bill | 08/11/2021 | 7055 | Supplies | -64.51 |
| | | | Bill | 08/11/2021 | 7056 | Supplies | -58.41 |
| | | | Bill | 08/11/2021 | 7057 | Supplies | -62.64 |
| | | | Bill | 08/11/2021 | 7058 | Supplies | -169.46 |
| | | | Bill | 08/13/2021 | 7117 | Supplies | -29.20 |
| | | | Bill | 08/17/2021 | 7165 | Supplies | -1,171.40 |
| | | | Bill | 08/17/2021 | 7166 | Supplies | -35.31 |
| | | | Bill | 08/17/2021 | 7168 | Supplies | -426.28 |
| | | | Bill | 08/18/2021 | 7207 | Supplies | -699.97 |
| | | | Bill | 08/18/2021 | 7208 | Supplies | -1,287.66 |
| | | | Bill | 08/18/2021 | 7209 | Supplies | -147.34 |
| | | | Bill | 08/18/2021 | 7210 | Supplies | -62.00 |
| | | | Bill | 08/18/2021 | 7211 | Supplies | -48.09 |
| | | | Credit | 08/18/2021 | CM775 | Supplies | 738.63 |
| | | | | | | | -38,698.02 |
| | | | | | | | |
| | **PRUDENTIAL OVERALL SUPPLY** | | | | | | |
| | | | Bill | 05/28/2021 | 42627279 | Uniform | -121.36 |
| | | | Bill | 05/28/2021 | 42627283 | Uniform | -35.06 |
| | | | Bill | 05/28/2021 | 42627289 | Uniform | -125.05 |
| | | | Bill | 06/04/2021 | 42629423 | Uniform | -92.07 |
| | | | Bill | 06/04/2021 | 42629414 | Uniform | -122.50 |

11:46 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**
**Transaction List by Vendor**
**May 26 through August 24, 2021**

| | | | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|---|---|
| | | | Bill | 06/04/2021 | 42629406 | Uniform | -27.51 |
| | | | Bill | 06/04/2021 | 42629419 | Uniform | -47.75 |
| | | | Bill | 06/11/2021 | 42631466 | Uniform | -83.71 |
| | | | Bill | 06/11/2021 | 42631462 | Uniform | -71.38 |
| | | | Bill | 06/11/2021 | 42631458 | Uniform | -113.63 |
| | | | Bill | 06/11/2021 | 42631450 | Uniform | -65.87 |
| | | | Bill | 06/18/2021 | 42633683 | Uniform | -25.88 |
| | | | Bill | 06/18/2021 | 42633693 | Uniform | -112.05 |
| | | | Bill | 06/18/2021 | 42633705 | Uniform | -35.93 |
| | | | Bill | 06/18/2021 | 42633711 | Uniform | -100.07 |
| | | | Bill | 06/25/2021 | 42635462 | Uniform | -22.93 |
| | | | Bill | 06/25/2021 | 42635463 | Uniform | -112.05 |
| | | | Bill | 06/25/2021 | 42635464 | Uniform | -38.88 |
| | | | Bill | 06/25/2021 | 42635465 | Uniform | -85.29 |
| | | | Bill | 07/02/2021 | 42637566 | Uniform | -22.93 |
| | | | Bill | 07/02/2021 | 42637567 | Uniform | -109.35 |
| | | | Bill | 07/02/2021 | 42637568 | Uniform | -33.23 |
| | | | Bill | 07/02/2021 | 42637569 | Uniform | -91.20 |
| | | | Bill | 07/09/2021 | 42639864 | Uniform | -85.29 |
| | | | Bill | 07/09/2021 | 42639861 | Uniform | -22.93 |
| | | | Bill | 07/09/2021 | 42639862 | Uniform | -111.37 |
| | | | Bill | 07/09/2021 | 42639863 | Uniform | -62.44 |
| | | | Bill | 07/16/2021 | 42641921 | Uniform | -33.92 |
| | | | Bill | 07/16/2021 | 42641922 | Uniform | -94.16 |
| | | | Bill | 07/16/2021 | 42641920 | Uniform | -114.33 |
| | | | Bill | 07/16/2021 | 42641919 | Uniform | -31.79 |
| | | | Bill | 07/23/2021 | 42643997 | Uniform | -22.93 |
| | | | Bill | 07/23/2021 | 42643999 | Uniform | -30.97 |
| | | | Bill | 07/23/2021 | 42644000 | Uniform | -82.34 |
| | | | Bill | 07/23/2021 | 42643998 | Uniform | -108.42 |
| | | | Bill | 07/30/2021 | 42646065 | Uniform | -22.93 |
| | | | Bill | 07/30/2021 | 42646067 | Uniform | -30.97 |
| | | | Bill | 07/30/2021 | 42646068 | Uniform | -83.67 |
| | | | Bill | 07/30/2021 | 42646066 | Uniform | -108.42 |
| | | | Bill | 08/06/2021 | 42648259 | Uniform | -30.97 |
| | | | Bill | 08/06/2021 | 42648257 | Uniform | -22.93 |
| | | | Bill | 08/06/2021 | 42648258 | Uniform | -108.42 |
| | | | Bill | 08/06/2021 | 42648260 | Uniform | -83.67 |
| | | | Bill | 08/13/2021 | 42650233 | Uniform | -30.97 |
| | | | Bill | 08/13/2021 | 42650231 | Uniform | -25.88 |
| | | | Bill | 08/13/2021 | 42650232 | Uniform | -111.37 |
| | | | Bill | 08/13/2021 | 42650234 | Uniform | -124.88 |
| | | | Bill | 08/20/2021 | 42652318 | Uniform | -22.93 |
| | | | Bill | 08/20/2021 | 42652319 | Uniform | -124.78 |
| | | | Bill | 08/20/2021 | 42652320 | Uniform | -124.78 |
| | | | Bill | 08/20/2021 | 42652321 | Uniform | -109.36 |
| | | | | | | | -3,663.50 |
| | | | | | | | |
| **RELIABLE PREMIUM MANAGEMENT, INC** | | | | | | | |
| | | | Bill | 06/21/2021 | WC 05/01-05/15/21 | Workers Comp | -26,277.38 |
| | | | Bill | 06/29/2021 | WC 05/16-05/31/21 | Workers Comp | -31,387.22 |
| | | | Bill | 07/19/2021 | WC 06/01-06/15/21 | Workers Comp | -29,768.14 |
| | | | Bill | 07/30/2021 | WC 06/16-06/30/21 | Workers Comp | -29,207.73 |
| | | | Bill | 08/18/2021 | WC 07/01-07/15/21 | Workers Comp | -31,100.54 |
| | | | Bill | 08/23/2021 | WC 07/16-07/31/21 | Workers Comp | -31,987.51 |
| | | | | | | | -179,728.52 |
| | | | | | | | |
| **RINGSTAD & SANDERS LLP** | | | | | | | |
| | | | Check | 08/05/2021 | WIRE | Legal Fees | -40,000.00 |

11:46 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**
**Transaction List by Vendor**
**May 26 through August 24, 2021**

| | | | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|---|---|
| | | | Check | 08/24/2021 | WIRE | Legal Fees | -20,000.00 |
| | | | | | | | -60,000.00 |
| | | | | | | | |
| **S.C. EDISON** | | | | | | | |
| | | | Bill | 05/27/2021 | 061421 | Utilitie: Electric Service | -217.04 |
| | | | Bill | 06/22/2021 | 071321 | Utilitie: Electric Service | -320.23 |
| | | | Bill | 07/27/2021 | 081221 | Utilitie: Electric Service | -415.55 |
| | | | | | | | -952.82 |
| | | | | | | | |
| **SCHULMAN GARDENA PROPERTY, LLC** | | | | | | | |
| | | | Check | 06/01/2021 | 53598 | Office Rental , water , alarm | -11,342.50 |
| | | | Check | 07/01/2021 | 55490 | Office Rental , water , alarm | -11,342.50 |
| | | | Check | 07/22/2021 | 55502 | Office Rental , water , alarm | -11,342.50 |
| | | | Check | 08/18/2021 | 55508 | Office Rental , water , alarm | -11,342.50 |
| | | | | | | | -45,370.00 |
| | | | | | | | |
| **Service Employees Int'l Union-USWW** | | | | | | | |
| | | | Bill | 06/20/2021 | 05/2021 | Union Dues | -5,280.84 |
| | | | Bill | 07/19/2021 | 06/2021 | Union Dues | -5,353.77 |
| | | | Bill | 08/17/2021 | 07/2021 | Union Dues | -5,478.85 |
| | | | | | | | -16,113.46 |
| | | | | | | | |
| **SoCalGas** | | | | | | | |
| | | | Bill | 06/08/2021 | 062221 | Utilies ; Gas | -15.02 |
| | | | Bill | 07/06/2021 | 072221 | Utilies ; Gas | -16.57 |
| | | | Bill | 08/05/2021 | 082021 | Utilies ; Gas | -15.53 |
| | | | | | | | -47.12 |
| | | | | | | | |
| **STATE FARM** | | | | | | | |
| | | | Check | 06/08/2021 | EFT | Auto Insurance | -558.71 |
| | | | Check | 07/06/2021 | EFT | Auto Insurance | -529.98 |
| | | | Check | 08/06/2021 | EFT | Auto Insurance | -528.42 |
| | | | | | | | -1,617.11 |
| | | | | | | | |
| **T.G.P. ENTERPRISES, INC** | | | | | | | |
| | | | Bill | 05/31/2021 | 27706 | Auto Fuel in LAX | -165.25 |
| | | | Bill | 06/07/2021 | 27718 | Auto Fuel in LAX | -161.21 |
| | | | Bill | 06/14/2021 | 27792 | Auto Fuel in LAX | -152.59 |
| | | | Bill | 06/28/2021 | 27872 | Auto Fuel in LAX | -151.23 |
| | | | Bill | 07/05/2021 | 27891 | Auto Fuel in LAX | -159.16 |
| | | | Bill | 07/12/2021 | 27971 | Auto Fuel in LAX | -166.83 |
| | | | Bill | 07/19/2021 | 27991 | Auto Fuel in LAX | -150.03 |
| | | | Bill | 07/26/2021 | 28045 | Auto Fuel in LAX | -166.52 |
| | | | Bill | 08/02/2021 | 28071 | Auto Fuel in LAX | -150.52 |
| | | | Bill | 08/09/2021 | 28135 | Auto Fuel in LAX | -314.69 |
| | | | Bill | 08/16/2021 | 28197 | Auto Fuel in LAX | -152.75 |
| | | | Bill | 08/23/2021 | 28234 | Auto Fuel in LAX | -155.41 |
| | | | | | | | -2,046.19 |
| | | | | | | | |
| **TAKE A BYTE, INC** | | | | | | | |
| | | | Bill | 07/09/2021 | 453952 | Office Supplies | -422.60 |
| | | | | | | | -422.60 |
| | | | | | | | |
| **TENNANT SALES AND SERVICE COMPANY** | | | | | | | |
| | | | Bill | 06/11/2021 | 917941404 | Supplies | -768.88 |
| | | | Bill | 06/29/2021 | 917978928 | Supplies | -127.98 |
| | | | Bill | 06/29/2021 | 917978926 | Supplies | -56.87 |
| | | | Bill | 06/29/2021 | 917978927 | Supplies | -242.38 |
| | | | | | | | -1,196.11 |

11:48 AM
08/24/21

**WORLD SERVICE WEST / L.A. INFLIGHT SERVICE CO., LLC**

**Transaction List by Vendor**

May 26 through August 24, 2021

| | | | Type | Date | Num | Split | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **U.S. BANK - KOREAN AIR** | | | | | | | |
| | | | Bill | 06/15/2021 | 070121 | Meals / Medical | -812.55 |
| | | | Bill | 07/15/2021 | 080121 | Medical | -750.00 |
| | | | Bill | 08/12/2021 | 0901121 | Meals | -624.21 |
| | | | | | | | -2,186.76 |
| | | | | | | | |
| **VERITIV** | | | | | | | |
| | | | Bill | 06/09/2021 | 069-50018715 | Supplies | -528.65 |
| | | | Bill | 07/21/2021 | 069-50047765 | Supplies | -571.65 |
| | | | | | | | -1,100.30 |
| | | | | | | | |
| **VERIZON WIRELESS** | | | | | | | |
| | | | Bill | 06/21/2021 | 062921 | Communication : Cell phone | -371.23 |
| | | | Bill | 07/16/2021 | 073021 | Communication : Cell phone | -363.41 |
| | | | Bill | 08/16/2021 | 083021 | Communication : Cell phone | -330.97 |
| | | | | | | | -1,065.61 |
| | | | | | | | |
| **WASTE RESOURCES GARDENA** | | | | | | | |
| | | | Bill | 06/01/2021 | 1545229 | Utilites ; Sewer/Disposal | -169.18 |
| | | | Bill | 07/01/2021 | 1570190 | Utilites ; Sewer/Disposal | -176.95 |
| | | | Bill | 08/01/2021 | 1620179 | Utilites ; Sewer/Disposal | -176.95 |
| | | | | | | | -523.08 |
| | | | | | | | |
| **Weinberg, Roger and Rosenfeld** | | | | | | | |
| | | | Check | 06/01/2021 | 55486 | Legal Fees | -10,000.00 |
| | | | Check | 06/24/2021 | 55494 | Legal Fees | -10,000.00 |
| | | | Check | 07/29/2021 | 55503 | Legal Fees | -10,000.00 |
| | | | | | | | -30,000.00 |
| | | | | | | | |
| **Iris Arana** | | | | | | | |
| | | | Check | 8/24/2021 | 55662 | Last Check - Resigned Employee | -2,005.27 |
| | | | | | | | -2,005.27 |
| | | | | | | | |
| | | | | | | TOTAL AP MAY.26 - AUG.24, 2021 | -1,004,476.97 |

**WORLD SERVICE WEST / L. A. INFLIGHT SERVICE CO., LLC**
**Account QuickReport**
**August through December 2020**

| Type | Date | Num | Name | Memo | Amount | | |
|------|------|-----|------|------|--------|--|--|
| **Salaries & Wages** | | | | | | | |
| **Salaries - Office** | | | | | | | |
| Check | 08/01/2020 | 28208 | BYUNG I YOON | PR 08/01/20 (07/16-07/31/20) | 4,500.00 | 08/01/2020 | 4,500.00 |
| Check | 08/16/2020 | 28246 | BYUNG I YOON | PR 08/16/20 (08/01-08/15/2020) | 4,500.00 | 08/16/2020 | 4,500.00 |
| Check | 09/01/2020 | 28272 | BYUNG I YOON | PR 09/01/20 ( 08/16-08/31/2020) | 4,500.00 | 09/01/2020 | 4,500.00 |
| Check | 09/16/2020 | 28308 | BYUNG I YOON | PR 09/16/20 (09/01-09/15/2020) | 4,500.00 | 09/16/2020 | 4,500.00 |
| Check | 10/01/2020 | 28330 | BYUNG I YOON | PR 10/01/20 (09/16-09/30/20) | 4,500.00 | 10/01/2020 | 4,500.00 |
| Check | 10/16/2020 | 28367 | BYUNG I YOON | PR 10/16/20 (10/01-10/15/2020) | 4,500.00 | 10/16/2020 | 4,500.00 |
| Check | 11/01/2020 | 28385 | BYUNG I YOON | PR 11/01/20 (10/16-10/31/2020) | 4,500.00 | 11/01/2020 | 4,500.00 |
| Check | 11/16/2020 | 28415 | BYUNG I YOON | PR 11/16/20 (11/01-11/15/2020) | 4,500.00 | 11/16/2020 | 4,500.00 |
| Check | 12/01/2020 | 28436 | BYUNG I YOON | PR 12/01/20 (11/16-11/30/2020) | 4,500.00 | 12/01/2020 | 4,500.00 |
| Check | 12/16/2020 | 28472 | BYUNG I YOON | PR 12/16/20 (12/01-12/15/2020) | 4,500.00 | 12/16/2020 | 4,500.00 |
| Check | 01/01/2021 | 28496 | BYUNG I YOON | PR 01/01/21 (12/16-12/31/2020) | 4,500.00 | 01/01/2021 | 4,500.00 |
| Check | 01/01/2021 | 28496 | BYUNG I YOON | VAC 10days YR. 2020 | 4,153.60 | 01/01/2021 | 4,153.60 |
| Check | 01/16/2021 | 28532 | BYUNG I YOON | PR 01/16/21 (01/01-01/15/2021) | 4,500.00 | 01/16/2021 | 4,500.00 |
| Check | 02/01/2021 | 28548 | BYUNG I YOON | PR 02/01/21 (01/16-01/31/2021) | 4,500.00 | 02/01/2021 | 4,500.00 |
| Check | 02/16/2021 | 28577 | BYUNG I YOON | PR 02/16/21 (02/01-02/15/2021) | 4,500.00 | 02/16/2021 | 4,500.00 |
| Check | 03/01/2021 | 28595 | BYUNG I YOON | PR 03/01/21 (02/16-02/28/2021) | 4,500.00 | 03/01/2021 | 4,500.00 |
| Check | 03/16/2021 | 28625 | BYUNG I YOON | PR 03/16/21 (03/01-03/15/2021) | 4,500.00 | 03/16/2021 | 4,500.00 |
| Check | 04/01/2021 | 28645 | BYUNG I YOON | PR 04/01/21 (03/16-03/31/2021) | 4,500.00 | 04/01/2021 | 4,500.00 |
| Check | 04/16/2021 | 28668 | BYUNG I YOON | PR 04/16/21 (04/01-04/15/2021) | 4,500.00 | 04/16/2021 | 4,500.00 |
| Check | 05/01/2021 | 28686 | BYUNG I YOON | PR 05/01/21 (04/16-04/30/2021) | 4,500.00 | 05/01/2021 | 4,500.00 |
| Check | 05/16/2021 | 28715 | BYUNG I YOON | PR 05/16/21 (05/01-05/15/2021) | 4,500.00 | 05/16/2021 | 4,500.00 |
| Check | 06/01/2021 | 28732 | BYUNG I YOON | PR 06/01/21 (05/16-05/31/2021) | 4,500.00 | 06/01/2021 | 4,500.00 |
| Check | 06/16/2021 | 28754 | BYUNG I YOON | PR 06/16/21 (06/01-06/15/2021) | 4,500.00 | 06/16/2021 | 4,500.00 |
| Check | 07/01/2021 | 28776 | BYUNG I YOON | PR 07/01/21 (06/16-06/30/21) | 4,500.00 | 07/01/2021 | 4,500.00 |
| Check | 07/16/2021 | 28809 | BYUNG I YOON | PR 07/16/21 (07/01-07/15/2021) | 4,500.00 | 07/16/2021 | 4,500.00 |
| Check | 08/01/2021 | 28829 | BYUNG I YOON | PR 08/01/21 (07/16-07/31/2021) | 4,500.00 | 08/01/2021 | 4,500.00 |
| Check | 08/16/2021 | 28853 | BYUNG I YOON | PR 08/16/21 (08/01-08/15/2021) | 4,500.00 | 08/16/2021 | 4,500.00 |
| Total Salaries - Office | | | | | **121,153.60** | | |

TOTAL AMOUNT  **121,153.60**

| | Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **Salaries & Wages** | | | | | | |
| **Salaries - Office** | | | | | | |
| | Check | 08/01/2020 | 28209 | MICHELLE C YOON | PR 08/01/20 (07/16-07/31/2020) | 4,000.00 |
| | Check | 08/16/2020 | 28247 | MICHELLE C YOON | PR 08/16/20 (08/01-08/15/2020) | 4,000.00 |
| | Check | 09/01/2020 | 28273 | MICHELLE C YOON | PR 09/01/20 (08/16-08/31/2020) | 4,000.00 |
| | Check | 09/16/2020 | 28309 | MICHELLE C YOON | PR 09/16/20 (09/01-09/15/2020) | 4,000.00 |
| | Check | 10/01/2020 | 28331 | MICHELLE C YOON | PR 10/01/20 (09/16-09/30/2020) | 4,000.00 |
| | Check | 10/16/2020 | 28368 | MICHELLE C YOON | PR 10/16/20 (10/01-10/15/2020) | 4,000.00 |
| | Check | 11/01/2020 | 28386 | MICHELLE C YOON | PR 11/01/20 (10/16-10/31/2020) | 4,000.00 |
| | Check | 11/16/2020 | 28416 | MICHELLE C YOON | PR 11/16/20 (11/01-11/15/2020) | 4,000.00 |
| | Check | 12/01/2020 | 28437 | MICHELLE C YOON | PR 12/01/20 (11/16-11/30/2020) | 4,000.00 |
| | Check | 12/16/2020 | 28473 | MICHELLE C YOON | PR 12/16/20 (12/01-12/15/2020) | 4,000.00 |
| | Check | 01/01/2021 | 28497 | MICHELLE C YOON | PR 01/01/21 (12/16-12/31/2020) | 4,000.00 |
| | Check | 01/01/2021 | 28497 | MICHELLE C YOON | VAC 10days YR. 2020 | 3,692.00 |
| | Check | 01/16/2021 | 28533 | MICHELLE C YOON | PR 01/16/21 (01/01-01/15/2021) | 4,000.00 |
| | Check | 02/01/2021 | 28549 | MICHELLE C YOON | PR 02/01/21 (01/16-01/31/2021) | 4,000.00 |
| | Check | 02/16/2021 | 28578 | MICHELLE C YOON | PR 02/16/21 (02/01-02/15/2021) | 4,000.00 |
| | Check | 03/01/2021 | 28596 | MICHELLE C YOON | PR 03/01/21 (02/16-02/28/2021) | 4,000.00 |
| | Check | 03/16/2021 | 28626 | MICHELLE C YOON | PR 03/16/21 (03/01-03/15/2021) | 4,000.00 |
| | Check | 04/01/2021 | 28641 | MICHELLE C YOON | PR 04/01/21 (03/16-03/31/2021) | 4,000.00 |
| | Check | 04/16/2021 | 28669 | MICHELLE C YOON | PR 04/16/21 (04/01-04/15/2021) | 4,000.00 |
| | Check | 05/01/2021 | 28687 | MICHELLE C YOON | PR 05/01/21 (04/16-04/30/2021) | 4,000.00 |
| | Check | 05/16/2021 | 28716 | MICHELLE C YOON | PR 05/16/21 (05/01-05/15/2021) | 4,000.00 |
| | Check | 06/01/2021 | 28733 | MICHELLE C YOON | PR 06/01/21 (05/16-05/31/2021) | 4,000.00 |
| | Check | 06/16/2021 | 28755 | MICHELLE C YOON | PR 06/16/21 (06/01-06/15/2021) | 4,000.00 |
| | Check | 07/01/2021 | 28777 | MICHELLE C YOON | PR 07/01/21  (06/16-06/30/2021) | 4,000.00 |
| | Check | 07/16/2021 | 28810 | MICHELLE C YOON | PR 07/16/21  (07/01-07/15/2021) | 4,000.00 |
| | Check | 08/01/2021 | 28830 | MICHELLE C YOON | PR 08/01/21 (07/16-07/31/2021) | 4,000.00 |
| | Check | 08/16/2021 | 28854 | MICHELLE C YOON | PR 08/16/21 (08/01-08/15/2021) | 4,000.00 |
| Total Salaries - Office | | | | | | **107,692.00** |

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **Salaries & Wages** | | | | | |
| **Salaries - Office** | | | | | |
| Check | 08/01/2020 | 28210 | STEVEN H. YOON | PR 08/01/20 (07/16-07/31/2020) | 3,700.00 |
| Check | 08/16/2020 | 28248 | STEVEN H. YOON | PR 08/16/20 (08/01-08/15/2020) | 3,700.00 |
| Check | 09/01/2020 | 28274 | STEVEN H. YOON | PR 09/01/20 (08/16-08/31/2020) | 3,700.00 |
| Check | 09/16/2020 | 28310 | STEVEN H. YOON | PR 09/16/20 (09/01-09/15/2020) | 3,700.00 |
| Check | 10/01/2020 | 28334 | STEVEN H. YOON | PR 10/01/20 (09/16-09/30/2020) | 3,700.00 |
| Check | 10/16/2020 | 28369 | STEVEN H. YOON | PR 10/16/20 (10/01-10/15/2020) | 3,700.00 |
| Check | 11/01/2020 | 28387 | STEVEN H. YOON | PR 11/01/20 (10/16-10/31/2020) | 3,700.00 |
| Check | 11/16/2020 | 28417 | STEVEN H. YOON | PR 11/16/20 (11/01-11/15/2020) | 3,700.00 |
| Check | 12/01/2020 | 28438 | STEVEN H. YOON | PR 12/01/20 (11/16-11/30/2020) | 3,700.00 |
| Check | 12/16/2020 | 28474 | STEVEN H. YOON | PR 12/16/20 (12/01-12/15/2020) | 3,700.00 |
| Check | 01/01/2021 | 28498 | STEVEN H. YOON | PR 01/01/21 (12/16-12/31/2020) | 3,700.00 |
| Check | 01/01/2021 | 28498 | STEVEN H. YOON | VAC 10days YR. 2020 | 3,415.20 |
| Check | 01/16/2021 | 28534 | STEVEN H. YOON | PR 01/16/21 (01/01-01/15/2021) | 3,700.00 |
| Check | 02/01/2021 | 28550 | STEVEN H. YOON | PR 02/01/21 (01/16-01/31/2021) | 3,700.00 |
| Check | 02/16/2021 | 28579 | STEVEN H. YOON | PR 02/16/21 (02/01-02/15/2021) | 3,700.00 |
| Check | 03/01/2021 | 28597 | STEVEN H. YOON | PR 03/01/21 (02/16-02/28/2021) | 3,700.00 |
| Check | 03/16/2021 | 28627 | STEVEN H. YOON | PR 03/16/21 (03/01-03/15/2021) | 3,700.00 |
| Check | 04/01/2021 | 28642 | STEVEN H. YOON | PR 04/01/21 (03/16-03/31/2021) | 3,700.00 |
| Check | 04/16/2021 | 28670 | STEVEN H. YOON | PR 04/16/21 (04/01-04/15/2021) | 3,700.00 |
| Check | 05/01/2021 | 28688 | STEVEN H. YOON | PR 05/01/21 (04/16-04/30/2021) | 3,700.00 |
| Check | 05/16/2021 | 28717 | STEVEN H. YOON | PR 05/16/21 (05/01-05/15/2021) | 3,700.00 |
| Check | 06/01/2021 | 28734 | STEVEN H. YOON | PR 06/01/21 (05/16-05/31/2021) | 3,700.00 |
| Check | 06/16/2021 | 28756 | STEVEN H. YOON | PR 06/16/21 (06/01-06/15/2021) | 3,700.00 |
| Check | 07/01/2021 | 28778 | STEVEN H. YOON | PR 07/01/21 (06/16-06/30/2021) | 3,700.00 |
| Check | 07/16/2021 | 28811 | STEVEN H. YOON | PR 07/16/21 (07/01-07/15/2021) | 3,700.00 |
| Check | 08/01/2021 | 28831 | STEVEN H. YOON | PR 08/01/21 (07/16-07/31/2021) | 3,700.00 |
| Check | 08/16/2021 | 28855 | STEVEN H. YOON | PR 08/16/21 (08/01-08/15/2021) | 3,700.00 |
| Total Salaries - Office | | | | | **99,615.20** |

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **STEVEN YOON** | | | | | |
| Bill Pmt -Check | 08/01/2020 | 28215 | MED. 09/2020 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 09/01/2020 | 28278 | MED. 10/2020 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 10/01/2020 | 28336 | MED. 11/2020 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 11/02/2020 | 28392 | MED. 12/2020 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 12/01/2020 | 28442 | MED. 01/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 01/01/2021 | 28500 | MED. 02/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 02/01/2021 | 28555 | MED. 03/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 03/01/2021 | 28601 | MED. 04/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 04/01/2021 | 28647 | MED. 05/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 05/01/2021 | 28693 | MED. 06/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 06/01/2021 | 28739 | MED. 07/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 07/01/2021 | 28783 | MED. 08/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| Bill Pmt -Check | 08/01/2021 | 28836 | MED. 09/2021 | BOA08280-11172 (CHECKING ACCT | 464.59 |
| | | | | | **6,039.67** |

TOTAL AMOUNT    **105,654.87**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **World Service West/LA Inflight Service Company, LLC** _____     Case No. _____

_____

Debtor(s)                                              Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____     $ _____ **95,000.00**

     Prior to the filing of this statement I have received _____     $ _____ **95,000.00**

     Balance Due _____     $ _____ **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 26, 2021** _____          _____
_Date_                                                 **Christopher A. Minier SBN 190705**
                                                       _Signature of Attorney_
                                                       **Ringstad & Sanders LLP**
                                                       **4343 Von Karman Avenue**
                                                       **Suite 300**
                                                       **Newport Beach, CA 92660**
                                                       **949 851-7450  Fax: 949 851-6926**
                                                       **cminier@ringstadlaw.com**
                                                       _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher A. Minier SBN 190705<br>RINGSTAD & SANDERS LLP<br>4343 Von Karman Avenue<br>Suite 300<br>Newport Beach, CA 92660<br>949 851-7450 Fax: 949 851-6926<br>California State Bar Number: 190705 CA<br>cminier@ringstadlaw.com | |

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br> World Service West/LA Inflight Service Company, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __89__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  August 26, 2021 _____     _____
Signature of Debtor 1

Date:  _____     _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  August 26, 2021 _____     _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

World Service West/LA Inflight Service Company, LLC
1812 W. 135th Street
Gardena, CA 90249


Christopher A. Minier
Ringstad & Sanders LLP
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660


Abarca, Delma L
519 North ardmore #8
Los Angeles, CA 90004


Abrica, Barbara F
10926 1/2  S Osage Ave
Inglewood, CA 90304


Ace Property and Casualty Ins. Co.
436 Walnut Street
Philadelphia, PA 19106


Acevedo, Ana
13516 Parker Pl
Paramount, CA 90723


Acosta, Aurelio
1320 Park Ave
Inglewood, CA 90302


Adewale, Ericsson O
755 E 84th St
Los Angeles, CA 90011

Aguilar Avila, Mario A
2027 N Santa Ana
Los Angeles, CA 90059


Aguilar Brigido, David
130 W 52 St
Los Angeles, CA 90037


Aguilar, Edith
6817 Estrella Ave
Los Angeles, CA 90044


Aguilar, Gloria R
748 1/2 Irolo St
Los Angeles, CA 90019


Aguillon, Antonio De Jesus
3718 1/2 111 Place
Inglewood, CA 90303


Aguinaga, Erika
1830 W El segundo Blvd#3
Gardena, CA 90249


Air Canada
600 World Way
5721 W. Imperial Hwy
Los Angeles, CA 90045


Air China
380 World Way
Suite 3114
Los Angeles, CA 90045

Air France
3800 World Way
Box 12N
Los Angeles, CA 90045


Air New Zealand
380 World Way
Box N2
Los Angeles, CA 90045


Akililu, Micheal
3625 W Chapman Lane
Inglewood, CA 90305


Alarcon De Zamora, Rufina
4204 Cortland St.
Lynwood, CA 90262


Aleman, Maria
12855 Apsina Rd.
Phelan, CA 92371


Alfaro, Angel Maria
10239 Elizabeth Ave.
South Gate, CA 90280


Altamirano, Maria
813 N Alma Ave
Los Angeles, CA 90063


Alvarado Rivas, Maria
5919 Benner St. Apt #6
Los Angeles, CA 90042

Alvarado, Ana Celina
920 S Westmoreland Ave #14
Los Angeles, CA 90006


Alvarado, Christian
305 E 106 St
Los Angeles, CA 90003


Alvarado, Dinora
932 S Westmoreland #107
Los Angeles, CA 90006


Alvarado-Borja, Jose
2031 W. 147TH ST
GARDENA, CA 90249


Alvarado-Perez, Maria
3549 W. 111th St
Inglewood, CA 90303


Alvarez, Morena G
12605 Cedar Ave
Hawthorne, CA 90250


Alvarez, Naudy H
10105 Dalerose Ave
Inglewood, CA 90304


Alvarez, Rosa M
4118 W. 147th St.
Lawndale, CA 90260

Alvarizaez, Judith
610 W. 90th St.
Los Angeles, CA 90044


Amado Tercero, Leslie
4194 W. 120th St. Apt. A
Hawthorne, CA 90250


Amaya, Maria A
1333 W 90th Pl
Los Angeles, CA 90044


Amaya, Reyna M
1111 S. Westmoreland #112
Los Angeles, CA 90006


American Airlines
P.O. Box 92246
500 World Way
Los Angeles, CA 90045


Amezcua, Martha
11109 1/2 Inglewood Ave.
Inglewood, CA 90304


Anariba, Rosa G
4041 W. 139TH St Unit  H
Hawthorne, CA 90250


Anchay, Esther Amelia
11627 Gale Ave Apt #1
Hawthorne, CA 90250

Anderson, Delia I
1619 W 17 Pl #A
Los Angeles, CA 90006

Andrade, Lluliana
343 Santa Mariana Ave
La Puente, CA 91746

Angel, Milton
12326 Inglewood Ave Apt A
Hawthorne, CA 90250

Angeles, Carmen C
3101 Rodeo Rd.
Los Angeles, CA 90018

Aqua Life
1369 W. Washington Blvd.
Los Angeles, CA 90007

Aquino, Hilda
4478 W 115th St #14
Hawthorne, CA 90250

Aquino, Judith Corina
10515 S Spring St
Los Angeles, CA 90003

Arambula, April
4089 W 129th St Apt10
Hawthorn, CA 90250

Arana, Iris
2233 S HOBART BLVD APT #29
LOS ANGELES, CA 90018

Arias, Cristina
10729 Condon Ave #105
Inglewood, CA 90304

Arias, Emma
521 W. 105th St.
Los Angeles, CA 90044

Arias, Ricardo
3904 W. 111th St.
Inglewood, CA 90303

Arredondo, Mayra
1935 E. 130tg St.
Compton, CA 90222

Aryeetey, Agatha
14030 Kormblum Ave #217
Hawthorne, CA 90250

Aryeetey, Ibrahim
1615 W 50th
Los Angeles, CA 90062

Asiana Airlines
380 World Way
Box S-37
Los Angeles, CA 90045

```
AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


AvAirPros Services Inc.
3555 Kraft Road
Suite 300
Naples, FL 34105


Avalos, Esperanza
15305 Guncle
Paramount, CA 90723


Avila Villatoro, Domenica
9418 1/2 Compton Ave.
Los Angeles, CA 90002


Avila, Gloria
1173 E 43rd Pl
Los Angeles, CA 90011


Avila, Ivonne
4718 W 166 St
Lawndale, CA 90260


Avila-Membreno, Nelson
4205 wail st
Los Angeles, CA 90011


Avilez, Angel A
11958 167th St
Artesia, CA 90701
```

Ayala De Guerra, Rosa Maria
2415 Corona Ave
Los Angeles, CA 90016


Ayala Medina, Erik
717 S Berendo St 207
Los Angeles, CA 90005


Baires, Santiago A
152W 85TH PL
LOS ANGELES, CA 90003


Baltazar, Abimael
1146 E 27th St
Los Angeles, CA


Bank of America
800 N. Western Avenue
San Pedro, CA 90732


Bank of America Credit Card
P.O. Box 15796
Wilmington, DE 19886-5796


Banket, Berenice
1545 W 82nd St
Los Angeles, CA 90047


Banket, Edith
1545 W 82st
Los Angeles, CA 90047

Barajas De Carrilo, Matilde
10193 Delerose Ave
Inglewood, CA 90304

Barba-Perez, Roberto
7501 N. Hollywood Apt. 6
Burbank, CA 90505

Barbosa, Martha
12516 Felton Ave
Hawthorne, CA 90250

Barnwell, Sherice N
1546 W 11th Place #207
Los Angeles, CA 90015

Barragan, Rosalinda
1137 E 70th St
Los Angeles, CA 90001

Barrientes, Ericka
3849 E Espanita St
Long Beach, CA 90815

Bartell, Joseph
4329 West 59th Place
Los Angeles, CA 90043

Bass, Marquita
8016 S Harvard Blvd
Los Angeles, CA 90047

Battle Smith, Lisa Rena
12520 Lakewood #50
Downey, CA 90242


Belete, Selamawit
PO BOX 19286
Los Angeles, CA 90019


Bell III, John Thomas
1500 Pine Ave. Apt 21
Long Beach, CA 90813


Beltran De Sanchez, Yolanda
4344 1/2 E. 55th St.
Maywood, CA 90270


Beltran, Michael
1481 W 104th St Apt 5
Los Angeles, CA 90047


Benitez Alvarez, Rosario
11038 Benwell Dr.
Lynwood, CA 90626


Benitez Ignacio, Bertha Alicia
4965 Abbott Rd
Lynwood, CA 90262


Benitez Sanchez, Abraham
1423 W. 12th Pl. Apt. 21
Los Angeles, CA 90015

Bermudez, Heriberto
607 N. Wilmington Ave.
Compton, CA 90220


Beteta, Fredy Anibal
2500 S Hobart Blvd #312
Los Angeles, CA 90018


Beteta, Graciela
1141 Echo Park Ave. Apt. 103
Los Angeles, CA 90026


Beverly, Rodney O
13302 Stanford Ave
Los Angeles, CA 90059


Blaylock, Erin L
11934 Daleside Ave
Hawthorne, CA 90250


Bonilla, Lourdes
841 E. 108th St.
Los Angeles, CA 90059


Booker, L'Kia
1706 E 122nd St
Los Angeles, CA 90059


Borge, Herlinda B
849 E. Victoria St. Unit 604
Carson, CA 90746

Boul, Glenda
3849 Flower Drive
Los Angeles, CA 90037


Brinkley, Briana
734 S Valencia St Apt 309
Los Angeles, CA 90017


British Airways
380 World Way
Ste 3341
Los Angeles, CA 90045


Brown, Desiree D
1234 W 89th St
Los Angeles, CA 90044


Brown, Richard
10604 Anzac Ave
Los Angeles, CA 90002


Brown, Robert
631 Howland drive apt #2
Inglewood, CA 90301


Bryant, Joshua
10966 Anzac Ave
Los Angeles, CA 90059


Buen, Angelo
674 S Catalina Apt
Los Angeles, CA 90005

Buruca, Luis G
4935 W 120th St Apt #19
Hawthorne, CA 90250


Business Aviation Ins. Svcs Inc
P.O. Box 6452
Attn: Geoffrey Bruce Logan
Concord, CA 94524


Bustos, Anthony E
1540  E 56th St
Los Angeles, CA 90011


Cabrera, Magdalena
2008 E. 92nd St.
Los Angeles, CA 90002


Cabrera, Maria
3956 Stevely Ave #19
Los Angeles, CA 90008


Caceres - Alvarado, Luis
4225 Van Buren Pl.
Los Angeles, CA 90037


Cadwell, Sequoia D
464 1/2 79th St
Los Angeles, CA 90003


Calcote, Aaron
901 E La Palma Dr APT #3
Inglewood, CA 90301

Calderon Castaneda, Gabriel
3536 Piatt Ave
Lynwood, CA 90262


Calderon, Gabriel
3311 Los Flores Blvd.
Lynwood, CA 90262


Calderon, Juan M
3311 Los Flores Blvd.
Lynwood, CA 90262


California Service Employees Health
and Welfare Trust Fund
Attn: Blair Fowler
2323 Eastlake Ave. East
Seattle, WA 98102


California Service Employees Health
and Welfare Trust Fund
828 W. Washington Blvd.
Los Angeles, CA 90015


Calles, Allan
7508 3nd St.
Downey, CA 90241


Calles, Kevin
7508 3rd St.
Downey, CA 90241


Campos De Ortiz, Pampilia
1304 E 75th St
Los Angeles, CA 90001

Campos, Ana
972 East 32nd St
Los Angeles, CA 90011


Campos, Juan Carlos
5115 W 134th Place
Hawthorne, CA 90250


Canche Parra, Maria C
339 S Inglewood Ave #1
Inglewood, CA 90301


Canjura De Pena, Mariana
2418 Eastlake Ave
Los Angeles, CA 90031


Cannon, Tara S
10712 Crenshow Blvd
Iglewood, CA 90303


Capital Premium Finance Inc.
P.O. Box 660232
Dallas, TX 75266-0232


Carbajal Portillo, Alma
11029 S. Inglewood Ave. Apt. 3 I
Inglewood, CA 90304


Carcamo Villalta, Rosenda
149 West 99th St.
Los Angeles, CA 90003

Cardenas, Monica
6024 Mayflower Ave
Maywood, CA 90270


Cardenas, Olga
4081 W. 103rd St.
Inglewood, CA 90304


Carmen, Victor M
3124 Olive St
Huntington Park, CA 90255


Carroll, Darlene
22012 Belshire Ave #10
Hawaiian Gardens, CA 90716


Castaneda Romero, Elsa
440 N Garfield Ave #2
Montebello, CA 90640


Castaneda, Rocio
1126 E Century Blvd
Los Angeles, CA 90002


Castanon, Liduvina
1722 W 57th ST
Los Angeles, CA 90062


Castellanos, Victor
12901 S Vermont Ave #D3
Gardena, CA 90247

Castillo Vera, Marcos
3910 W 171 Th St
Inglewood, CA 90303


Castillo, Maria Cristina
514 S 20 Ave
Los Angeles, CA 90043


Castro, Atanacio
2115 8th Ave.
Los Angeles, CA 90018


Castro, German
1919 6th Ave.
Los Angeles, CA 90018


Cathay Pacific
380 World Way
Box S-27
Los Angeles, CA 90045


Cazares, Cesar
9008 Paramount Blvd.
Downey, CA 90240


Cazares, Norma
121 E 76 Pl
Los Angeles, CA 90003


Ceja, Benilde A
1200 N Muberry Ave
Compton, CA 90222

Celestine, Melissa
1061 Harbor Village Dr
Harbor City, CA 90710


Celiz, Luz M
4035 W. 134th St. APT B
Hawthorne, CA 90250


Cerejido Rios, Cynthia
1419 125st
Compton, CA 90222


Ceron Gomez, Maria F
10826 1/2 Inglewood Ave
Inglewood, CA 90304


Cervantes, Brenda
10715 1/2 Felton St
Lennox, CA 90304


Cervantes, Christian
521 W 120th St
Los Angeles, CA 90044


Chacon De Gonzalez, Ramona
525 W. Poplar St.
Compton, CA 90220


Chacon, Gloria
815 E. 92nd St
Los Angeles, CA 90002

Chairez, Antonio
2617 West Blvd
Los Angeles, CA 90016


Chamorro, Diana C
305 E. Ramona Rd.
Alahambra, CA 91801


Chan, Gladys
4544 W 149th St
Lawndale, CA 90260


Chatman, Cindy
15749 Tarrant Ave
Compton, CA 90270


Chavez Melgar, Ricardo
1458 W 69St
Los Angeles, CA 90047


Chavez, Roxana
63219 W 63rd St
Los Angeles, CA 90043


Chevron
P.O. Box 530950
Atlanta, GA 30353-0950


Chigua, Jose M
10916 Larch Ave
Inglewood, CA 90304

China Airlines
380 World Way
Box S-14
Los Angeles, CA 90045


Choice Tech Inc.
dba Choice Alarm Co.
2847 W 8th Street
Los Angeles, CA 90005


Chon & Hough
2421 W. 205th Street
Suite D200
Torrance, CA 90501


Chu, Wan Kun
4608 W. 172nd St
Lawndale, CA 90260


Ciau, Isabel
3726 W 102nd St #21
Inglewood, CA 90303


Cintora, Perla
10904 Burin Ave #5
Inglewood, CA 90304


Cochran, Alba Marina
4129 W 160 th St
Lawndale, CA 90260


Combs, Qumika
8210 S morton Ave
Los Angeles, CA 90001

Concesionaria Vuela Compañía de Avi
Av. Antonio Dovali Jamie No. 70
Torre B, piso 13,
Col. Zadec Santa Fe Mexico City
01210 MEXCO

Contreras, Olga M
3659 W. 112th St.
Inglewood, CA 90303

Cook, Kewon K
154 E 101st Street
Los Angeles, CA 90003

Coreas, Mariana
3279 Cherokee Ave
South Gate, CA 90280

Cornejo Martinez, Wilber
738 S New Hampshere Ave #210
Los Angeles, CA 90005

Coronado, Milvia
10729 Condon Ave
Inglewood, CA 90304

Corpus, Isabel A
18813 Towne Ave
Carson, CA 90749

Corral, Hilaria
2956 Beechwood Ave
Lynwood, CA 90262

Correa, Nancy
10967 S Main St
Los Angeles, CA 90061


Cortes, Jonathan
10136 Bowman Ave
South Gate, CA 90280


Cortez, Carmen
341 W Magnolia Ave
Inglewood, CA 90301


Cota, Dinora
120 W Louise St
Long beach, CA 90805


Cruz De Los Palos, Rosa
9408 Garden View Ave
South Gate, CA 90280


Cruz De Martinez, Claudia
3302 Josephine ST
Lynwood, CA 90262


Cubias, Ana G
147 E. 75th St
Los Angeles, CA 90003


Cubias, Maria
554 E 67th St
Inglewood, CA 90302

Cuellar, Juana
853 E. 109th St.
Los Angeles, CA 90059


Cuevas Landa, Odilia
917 Truro Ave.
Inglewood, CA 90301


Cuevas, Liduvina
4520 Tweedy Blvd
South Gate, CA 90280


De Lao, Margarita
11720 1/2 Allin St. Apt 158
Culver City, CA 90230


De Leon Damian, Nallely
4725 W 118 St Apt C
Hawthorne, CA 90250


Debrana, Johnson
10111 Wilmington Ave #K4
Los Angeles, CA 90002


DeLage Landen Financial Services
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087


DeLage Landen Financial Services In
P.O. Box 41602
Philadelphia, PA 19101-1602

DeLeon, Zoila
2552 Cole Pl
Huntington Park, CA 90255


Delgadillo Hernandez, Sergio
10815 Barlow Ave
Lynwood, CA 90262


Delta Cargo
11101 Aviation Blvd.
Los Angeles, CA 90045


Delta G.S.E.
Delta Airlines Dept 587
P.O. Box 90676
Los Angeles, CA 90009


Depina, Tammy R
809 Larch Street
Inglewood, CA 90301


Diaz Ceja, Maria D
11151 S. Van Buren Ave.
Los Angeles, CA 90044


Diaz Guevara, Julio C
9533 S Western Ave
Los Angeles, CA 90047


Diaz Hernandez, Gabriel
4861 W 116th St
Hawthorne, CA 90250

DIAZ, VICTORIA
4802 1/2 136th St
Hawthorne, CA 90250


Dieguez, Marco A
113535 Chadron Ave  Apt 10
Hawthorne, CA 90250


Dominguez Ruiz, Reina M
3602 Carlin Ave
Lynwood, CA 90262


Donis, Maria E
8316 S Halldale Ave
Los Angeles, CA 90047


Dorantes, Ignacio
4634 W 153rd Street
Lawndale, CA 90260


Duenas, Olga
957 N Wilton PL
Los Angeles, CA 90038


Durazo De Gallegos, Imelda
759 E 106th St
Los Angeles, CA 90002


Echeverria, Fredy Marin
9914 Compton
Los Angeles, CA 90002

Echeverria, Rolando
1417 W. 3rd St. #404
Los Angeles, CA 90017


Eduardo, Silva Jr
440 E 106th St
Los Angeles, CA 90003


Elder, Joshua
128 East 136Th Street
Los Angeles, CA 90061


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Escobar, Robert
13119 Doty Ave #5
Hawthorne, CA 90250


Espinoza De Goytia, Maria E.
1223 E. 127th St.
Los Angeles, CA 90059


Espinoza Jr, Jesus
2963 Liberty Blvd
South Gate, CA 90280


Esquivel, Laura
3287 Cherokee Ave.
South Gate, CA 90280

Estrada Miranda, Telma
545 W Century Blvd
Los Angeles, CA 90044


Etihad Airways
380 World Way
Los Angeles, CA 90045


Fernandez, Maria
10828 1/2 Inglewood Ave
Inglewood, CA 90304


Ferrey, Luis A
441 W 54th ST
Los Angeles, CA 90037


Fifer, Nicolette
1558 W 69th St
Los Angeles, CA 90047


Fifita, Lesili U
41 W. Arbor St.
Long Beach, CA 90805


Fiorini, Leslie
1475 West 28th St
Los Angeles, CA 90007


Fletes, Daniel
314 Limest #3
Inglewood, CA 90301

FLIK International Corp
(Compass Group Canada Ltd)
2400 Yorkmont Road
Charlotte, NC 28217


Flores Iglesias, Rina V
439 N Van Ness #15
Los Angeles, CA 90004


Flores, Ana
11925 S Denver Ave
Los Angeles, CA 90044


Flores, Cindy
8828 1/2 Beach St
Los Angeles, CA 90002


Flores, Hazel
223 3/4 E 53rd St
Los Angeles, CA 90011


Flores-Arredondo, Sonia
1033 1/2 N Mariposa Ave
Los Angeles, CA 90029


Fontenot, April
14752 Crenshaw Blvd #234
Gardena, CA 90249


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Franco Salazar, Julissa
10530 S Burl Ave
Inglewood, CA 90304


Franco, Maria F
3451 W. Florence Ave Apt 4
Los Angeles, CA 90043


Franco, Santos Irene
991 E Martin Luther King Blvd #3
Los Angeles, CA 90011


Franco, Vilma
4900 10th Ave
Los Angeles, CA 90043


Franco-Torres, Jaime
755 W. 102nd St.
Los Angeles, CA 90044


Fuentes, Juan
1776 W 22nd St
Los Angeles, CA 90007


Funes, Ana M
4117 W. Broadway Apt 17
Hawthorne, CA 90250


Furtado, Breana
2401 W Jefferson Blvd #206
Los Angeles, CA 90018

Gad, Mohsen
4012 W 129 St #31
Hawthorne, CA 90250


Gaitan, Jorge M
1610 1/2 W. 47th St
Los Angeles, CA 90062


Galeas, Ana
704 1/2 W 57st
Los Angeles, CA 90037


Galicia, Aura L
11247 S. Mariposa Ave.
Los Angeles, CA 90044


Galindo, Martha
13530 Doty Ave Apt 49
Hawathorne, CA 90250


Garcia, Daisy
1446 W 68th Street
Los Angeles, CA 90047


Garcia, Dora
12701 Cranbrook Ave
Hawthorne, CA 90250


Garcia, Maria Angelica
2430 Live Oak St.
Huntington Park, CA 90255

GARCIA, MIRIA
777 S WESTMORELAND
LOS ANGELES, CA 90005

Garcia, Saira
1030 W 93rd St Apt #7
Los Angeles, CA 90044

Garcia, Sandra
4461 Towne Ave
Los Angeles, CA 90011

Garcia, Sonia Noemi (Martinez)
118 E Kelso St Apt 2
Inglewood, CA 90301

Giron, Maria
12513 Menlo Ave
Hawthorne, CA 90250

Gomez De Hernandez, Carolina
4780 W. 140th St
Hawthorne, CA 90250

Gomez Fuentes, Jesus
1255 W 211st Pl
Los angeles, CA 90037

Gomez Melgar, Linda
850 E. 90th St.
Los Angeles, CA 90002

Gomez Zelaya, Martha
1021 N. Hoover St. Apt 133
Los Angeles, CA 90029


Gomez, Cristel
153 W 83rd St
Los Angeles, CA 90003


Gomez, Esmeralda
11818 Lindbergh Ave
Lynwood, CA 90262


Gomez, Raquel
153 W 83RD sT
Los Angeles, CA 90003


Gomez, Rudi
409 1/2 w. 110th St.
Los Angeles, CA 90061


Gonzalez, Ana Bell
8225 Alix Ave
Los Angeles, CA 90001


Gonzalez, Ana Rosa
8329 Eastern Ave Apt #F
Bell Gardens, CA 90201


Gonzalez, Angelina
545 W Century Blvd
Los Angeles, CA 90044

Gonzalez, Daniel
3147 W 152nd St
Gardena, CA 90249


Gonzalez, Hilda
3720 Emerald St Apt G3
Torrance, CA 90503


Gonzalez, Maria Rosario
10222 Mansel Ave
Inglewood, CA 90304


Gonzalez, Miguel A
3974 La Sallo Ave.
Los Angeles, CA 90062


Gonzalez, Yolanda
1146 1/2 S. Inglewood Ave.
Inglewood, CA 90301


Graham, Brenneisha
2500 W 134th St
Los Angeles, CA 90059


Grande Hernandez, Rosalia
11477 Albert St Apt D
North Hollywood, CA 91601


Guardado, Darlene
4042 W 105th St
Inglewood, CA 90304

Guevara Borja, Jose O
PO BOX 1092
Cudahy, CA 90201


Guevara, Jackeline E
973 E. Martin Luther King Blvd. Apt H
Los Angeles, CA 90011


Guevara, Landy
125 N. Fir Ave.
Inglewood, CA 90301


Gutierrez Cruz, Maria E
970 S Westmoreland Ave #12
Los Angeles, CA 90006


Gutierrez, Isabel E
517 E. Hyde Park Blvd Apt 6
Inglewood, CA 90302


Gutierrez, Johnnie
3174 El segundo Blvd Apt #11
Lynwood, CA 90262


Gutierrez, Ruby
431 E. 71th St
Los Angeles, CA 90003


Guzman, Joaquin
1422 E Poppy St
Long Beach, CA 90805

Guzman-Aguilar, Ester N
9505 Victoria Ave. Apt E
South Gate, CA 90280


Hall Jr, Stanley
11036 Venice Blvd
Culver City, CA 90232


Hawaiian Airlines
3375 Koapaka Street
Suite G350
Honolulu, HI 96819-1000


Heredia Saldana, Betty Y
4853 W 130St
Hawthorne, CA 90250


Hernandez De Flamenco, Sandra
1415 w 98th St
Los Angeles, CA 90047


Hernandez Escobar, Evelyn
9523 S Western Ave
Los Angeles, CA 90047


Hernandez Macias, Jovanna
5332 Russell Ave #422
Los angeles, CA 90027


Hernandez Martinez, Fabiola
4461 Towne Ave
Los Angeles, CA 90011

Hernandez Martinez, Pedro
4780 W. 140th St
Hawthorne, CA 90250


Hernandez Medrano, Juan J
4020 W Broadway #19
Howthorne, CA 90250


Hernandez Reyes, Carmen
607 E 111th St
Los Angeles, CA 90059


Hernandez Vera, Francisco
2502 Hill St
Huntington Park, CA 90255


Hernandez, Carmelina
1713 Burlington Ave #101
Los Angeles, CA 90057


Hernandez, Delmi A
1423 N. Coronado St.
Los Angeles, CA 90026


Hernandez, Esperanza
17720 Baltar St
Reseda, CA 91335


Hernandez, Lesley
3125 W 132nd St
Hawthorne, CA 90250

Hernandez, Lorena
1458 w 69th St
Los Angeles, CA 90047

Hernandez, Maria
531 W Hyde Park Bld #7
Inglewood, CA 90302

Hernandez, Mariana G
13311 S Willowbrook Ave
Compton, CA 90222

Hernandez, Martha
15513 S Stanford Ave
Compton, CA 90220

Hernandez, Ruth
1040 W 91st St #1
Los Angeles, CA 90044

Herrera, Jorge C
2207 West Blvd
Los Angeles, CA 90016

Herrera, Jose Ramon
11529 Oxford Ave
Hawthorne, CA 90250

Herrera, Rafael S
1027 S Myrtle Ave #4
Inglewood, CA 90301

Hidalgo, Cecilia
5 Quail Row Ln
Carson, CA 90745


Hidalgo, Eman
439 E. 56T ST
LOS ANGELES, CA 90011


Hidalgo, Lissette D
1831 E 111TH ST
LOS ANGELES, CA 90059


Hidalgo, Maria R
1235 W 105 st Apt H
Los Angeles, CA 90044


Hill, Kevin Alexander
13535 Chadron Ave #5
Hawthorne, CA 90250


Huezo, Maria
9011 S Fir Ave
Los Angeles, CA 90002


Hughes, Kourney
2801 Alsace Ave
Los Angeles, CA 90016


Huntley, Arica R
120 East
Los Angeles, CA 90003

Hurd, Dina A
1917 E. 7th St.
Long Beach, CA 90813


Hwang, In Sub
741 Irolo St #421
Los Angeles, CA 90005


Ibarra, Mario
2784 Willow Pl Apt 4
South Gate, CA 90280


Ibarra-Becerra, Luis
3513 1/2 Platt Ave
Lynwood, CA 90262


Interiano, Nestor
725 Lagoon Ave Apt D
Wilmington, CA 90745


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346


Internal Revenue Service
P.O. Box 7704
San Francisco, CA 94120-7704


Iraheta, Yanci
914 W 64th Street
Los Angeles, CA 90044

Jackson, Akia J
836 1/2 67th Street
Inglewood, CA 90302


Jackson, Kenya
10531 1/4 Budlong Ave
Los Angeles, CA 90044


Jacobo, Maria G
9815 Dearborn Ave Apt B
South Gate, CA 90280


Jacobs, Jazelle
14019 Cerise Ave Apt105
Hawthorne, CA 90250


Japan Airlines
6041 West Imperial Hwy
Los Angeles, CA 90045


Jauregui, Sonia
4020 W 103rd St
Inglewood, CA 90304


Jimenez, Efrain
11400 S Spring st apt Z
Los Angeles, CA 90061


Jimenez, Enrique
1216 S Garfield Ave APT #10
Los Angeles, CA 90022

Jimenez, Hector
4526 Santa Ana #X
Cudahy, CA 90201


Jimenez, Jose A
4445 W. 137th St. Apt F
Hawthorne, CA 90250


Jimenez, Jose E
1523 E 52nd St
Los Angeles, CA 90011


Jimenez, Maria D
15708 1/2 Grevillea Ave.
Lawndale, CA 90260


Jimenez, Teresa
205 W. 109th Pl.
Los Angeles, CA 90061


Jimenez, Victor
10239 Elizabeth Ave
South Gate, CA 90280


Jiron, Oscar
125 W. 85th St.
Los Angeles, CA 90003


Kim and Kim CPA's
3600 Wilshire Blvd.
Los Angeles, CA 90010

Kiros, Haben
14501 Cerise Ave Apt 40
Hawthorne, CA 90250


KLM Royal Dutch Airlines
380 World Way
Box 12N
Los Angeles, CA 90045


Korean Airlines
380 World Way
Box S-4
Los Angeles, CA 90045


Lacayo, Carlos A
2112 Park Grove Ave #101
Los Angeles, CA 90007


Lacayo, Marvin
3825 Gibraltar Ave #14
Los Angeles, CA 90008


Lagunas-Cortez, Jesus
939 E 52nd St
Los Angeles, CA 90011


Lara, Jose R
9949 Sepulveda Blvd. #206
Mission Hills, CA 91345


Lara, Victor
1036 S Fir Ave
Inglewood, CA 90301

LAX 6 Consortium
600 World Way Ste 2311
Los Angeles, CA 90045


Lazaro, Efrain
6629 8th Ave
Los Angeles, CA 90043


Le, Anthony
9310 Sabre Ln
Westminster, CA 92683


Lewis, Kahlil
1315 W 55th St
Los Angeles, CA 90037


Limones, Paul Keith
11442 Angell St
Norwalk, CA 90650


Linares Cortez, Bladimir
2601 E. Victoria St SPC 127
Compton, CA 90220


Linares, Rosa D
12928 S. Prairie Ave. Apt. A
Hawthorne, CA 90250


Llanos, Anna Maria
320 E 131 St
Angeles, CA 90061

Longoria, Eduardo
12326 Inglewood Ave A
Hawthorne, CA 90250

Longoria, Maria
12326 Inglewood Ave. Apt. A
Hawthorne, CA 90250

Lopez Avellan, Lisette
4023 W 106ST
INGLEWOOD, CA 90304

Lopez Vazquez, Alicia
12601 cranbrook
Hawthorne, CA 90250

Lopez, Angel D
1556 E. 49th St
Los Angeles, CA 90011

Lopez, Estefani
1101 S Burl Avenue
Inglewood, CA 90304

Lopez, Romelia De Jesus
9122 S. Hoover St Apt B
Los Angeles, CA 90044

Los Angeles World AirportsAuthority
1 World Way
Los Angeles, CA 90045

Love, Ebony
513N Market St #6
Inglewood, CA 90302


Lovest, Sonya
4387 W 134th St Apt E
Hawthorrne, CA 90250


Lozano, Arturo
346 W. Cedar St.
Compton, CA 90220


Lyles, Ashley
3121 W Slauson Ave Apt 12
Los Angeles, CA 90043


Machado, Jessica
239 S Commonwealth Ave #4
Los Angeles, CA 90004


Macias, Roberto
8108 Walnut Dr
Los Angeles, CA 90001


Magana, Alma
421 S. Ward Ave.
Compton, CA 90221


Mamo, Firehiwot E
10309 South Inglewood #27
Inglewood, CA 90304

Mares Andrade, Jose
4805 Lennox Bl #F
Inglewood, CA 90304


Marquez, Alexis A
9414 Wall St. #B
Los Angeles, CA 90003


Marquez, Claudia
9414 1/2 Wall St
Los Angeles, CA 90003


Marquez, Helio
5120 S Gramercy Pl
Los Angeles, CA 90062


Martin, Latrisa Shanee
732 E 108th St Apt#1
Los Angeles, CA 90059


Martinez De Mercado, Maria
12225 S. Main St
Los Angeles, CA 90061


Martinez Velasco, Griselda
128 W 93rd St
Los Angeles, CA 90003


Martinez, Ariel
138 E 81St
Los Angeles, CA 90003

Martinez, Lia Z
614 W Albor vitae st apt B
Inglewood, CA 90301


Martinez, Maria DeLaLuz
1222 S WHITEMARSH AVE
COMPTON, CA 90220


Martinez, Morena
147 E. 75th St.
Los Angeles, CA 90003


Martinez, Raul
1118 W. 56th St.
Los Angeles, CA 90037


Martinez, Rosa G
400 W 95th St
Los Angeles, CA 90003


Martinez, Sandra
10324 California Ave. Apt. C
South Gate, CA 90280


Martinez, Socorro
141 W Hillsdale St
Inglewood, CA 90302


Masin Hernandez, Dennis J
6628 S Hoover
Los Angeles, CA

Mason, Trevion L
1526 W 85th St
Los Angeles, CA 90047


Mata, Jonathan
4747 W 171 st
Lawndale, CA 90260


Mateo, Agustin
846 E. 93rd St.
Los Angeles, CA 90002


Mathews, Latiara M
126013 Cranbrook Ave #5
Hawthorne, CA 905250


Maxana, Benjamin
336 E. 112th St.
Los Angeles, CA 90061


Mc Cullough, Yanet
443 W. Maple St.
Compton, CA 90220


Mccraw, Patricia L
1708 Pine Ave Apt #12
Long Beach, CA 90813


McCraw, Taquita Lynn
1708 Pine Ave
Long Beach, CA 90813

McKnight, Jessica
2711 W 141 Place #10
Gardena, CA 90249


Medina, Lizett
1108 E 101st
Los Angeles, CA 90002


Medrano, Isabel
251 N Coronado St
Los Angeles, CA 90026


Mejia Hernandez, Claudia
4323 La Salle Ave
Los Angeles, CA 90062


Mejia, Ana
10520 Montara Ave
South Gate, CA 90280


Mejia, Lorena B
10935 Burin Ave. Apt. 13
Inglewood, CA 90304


Membreno, Ana
10224 Buford Ave
Inglewood, CA 90304


Mendez, Ana P
1623 Lomita Blvd #1
Harbor City, CA 90710

```
Mendoza Aleman, Yorlin
12655 Lakewood Blvd Apt#18
Downey, CA 90242


Mendoza Barba, Eustolia
167 W. 120th St.
Los Angeles, CA 90061


Mendoza Carbajal, Gilberto
435 E. 81st St. APT 4
Los Angeles, CA 90003


Mendoza, Celene
15212 Ibex Ave.
Norwalk, CA 900650


Mendoza, Martha L
1633 W 145
GARDENA, CA 90247


Menendez Sarceno, Odilia
PO BOX #50
Hawthorne, CA 90251


Menjivar, Martina
333 S. New Hampshire #209
Los Angeles, CA 90020


Menzies
P.O. Box 610330
Dallas, TX 75261
```

Mercado Herrera, Soledad
152 E. 121th St.
Los Angeles, CA 90061


Meza Gonzalez, Gerardo
10104 S. San Pedro St.
Los Angeles, CA 90003


Miller Jr, Ronald F
12303 Grevillea Apt 3E
Hawthorne, CA 90250


Miranda, Jenny
3850 W 106 st
Inglewood, CA 90303


Miranda, Maria
21619 Juan Ave.
Hawaiian Gardens, CA 90716


Mirandilla, Rae
1623 W. 17th Place
Los Angeles, CA 90006


Mohamed, Khedija
4508 W MLK Blvd
Los Angeles, CA 90016


Molina Morales, Silvia
3834 w. 115TH St
Hawthorne, CA 90250

Monroy Fuentes, Karen
352 W 41 st Place
Los Angeles, CA 90037


Monroy, Mario T
3928 w 109th st
Inglewood, CA 90303


Montes, Rebeca
4938 W. 11th Pl.
Inglewood, CA 90304


MONTIEL, JOSE M
5171 W 141 St
Howthorne, CA 90250


Montoya, Evelin
6729 Live Oak St Apt B
Bell Gardens, CA 90201


Montoya, Rosalia
7014 Bonsallo Ave
Los Angeles, CA 90044


Moore, Lakesha
5513 Hartness Ct
Fontana, CA 92336


Morales, Elena
2710 West 30th Street
Los Angeles, CA 90018

Morales, Marcelo J
1451 W 105th St  Apt 7
Los Angeles, CA 90047


Morfin Rodriguez, Rafael
4724 W 172rd St
Lawndale, CA 90260


Mota, Mayra
1140E 114 St
Los Angeles, CA 90059


Munguia, Maria
6119 Middleton St
Huntington Park, CA 90255


Munoz, Benita
1565  W 208th St  Apt 4
Torrance, CA 90501


Muralles, Cesar
5860 Lemon Ave
Long Beach, CA 90805


Muro De Arteaga, Belinda
4585 W. 116th St. Apt. A
Hawthorne, CA 90250


Muro, Francisco
3535 W 112th St
Inglewood, CA 90303

Myers, Adriena
11463 S Normandie #28
Los Angeles, CA 90044


Myrie Robinson, Yvonne C
4126 Santa Rosalia Dr Apt A
Los Angeles, CA 90008


Najar, Herlinda
1121 W. 94th St.
Los Angeles, CA 90044


Naranjo, Ana M
10701 Mansel Ave.
Lennox, CA 90304


Nava Chavez, Zoila
1433 E 55th St
Los Angeles, CA 90011


Navarro Chevez, Lorena
136 N New Hampshire Ave #2
Los Angeles, CA 90004


Navarro, Maria
601 W Hoth Pl Apt 208-A
Los Angeles, CA 90037


Navas, Ana Victoria
652 E 97th St Apt Q
Inglewood, CA 90301

Nevils, Kupid S
2612 W El Segundo Blvd
Gardena, CA 90249


Nieves, Roberto
4222 W 159th St
Lawndale, CA 90260


Nochebuena, Jeanette
339 W. 98th St.
Inglewood, CA 90301


Noriega, Manuela
13020 Doty Ave Apt 18
Hawthorne, CA 90250


Norvell, Jovoniee
1814 E. Century Bl. Apt C.
Los Angeles, CA 90002


Nourmand, Michael
The Nourmand Law Firm APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211


Nunez De Barbosa, Gladys
4827 Elmwood Ave #1
Los Angeles, CA 90004


Nunez, Edith Antonia
1311 W. 62nd St
Los Angeles, CA 90044

Ocampo, Brenda
11237 Fairford Ave.
Norwalk, CA 90650

Ochoa, Gloria
3815 W. 111th St.
Inglewood, CA 90303

Ocon, Carmen
28272 Miss Grace Dr.
Canyon Country, CA 91387

Omnione Business
9905 Painter Ave
Suite Q
Whittier, CA 90605

Ordonez, Ignacio Antonio
5418 Sanborn Ave
Lynwood, CA 90262

Orea, Maria
152 E. 121st St.
Los Angeles, CA 90061

Oree, Alesia B
1045 W 105st
Los Angeles, CA 90044

Orellana Dominguez, Vilma
1750 W Martin Luther King 110
Los Angeles, CA 90062

Orellana Gochez, Dario E
1100 W 105th St
Los Angeles, CA 90044


Orozco, Maria A
10320 Felton Ave
Inglewood, CA 90304


Orso, Todd A
1558 W 69th St
Los Angeles, CA 90047


Ortiz Escobar, Saul E
608 W 82nd St 11
Los Angeles, CA 90044


Otero, Rosana R
26015 Cypress St #52
Lomita, CA 90717


Outlaw, Cedric
3425 West Blvd
Los Angeles, CA 90016


Pacheco, Sara A
10808 S Figueroa St
Los Angeles, CA 90061


PAK, CHO S
2317 W. 180TH PL.
TORRANCE, CA 90504

Palacios Lopez, Brenda
843 E Jefferson Blvd
Los Angeles, CA 90011


Palacios Vigil, Miguel
1567 3/4 Hobart
Los Angeles, CA 90006


Palma, Gloria
15005 Osage Ave
Lawndale, CA 90260


Palmer, Jhnelle Y
1545 W 82nd St
Los Angeles, CA 90047


Patterson, Delano
11303 Zamora Ave Apt 383
Los Angeles, CA 90059


Paz Castillo, Esperanza
4437 W. 137th St.
Hawthorne, CA 90250


Peinado, Maria
1267 W adams Blvd
Los Angeles, CA 90007


Pena, David
143 1/2 East 1St
Wilmington, CA 90744

Peraza, Ana S
3506 S. Bronson Ave.
Los Angeles, CA 90018

Perdomo, Carmelina
11022 S Inglewood Ave
Inglewood, CA 90304

Perez De La Torre, Marlene
3897 Cort Land St
Lynwood, CA 90262

Perez Sanchez, Elisenda
943W. Palmer St
Compton, CA 90220

Perez, Claudia
10415 San Miguel Ave
South Gate, CA 90280

Perez, Maria Eusebia
159 W. 85th Pl.
Los Angeles, CA 90003

Perez, Mauricio
157 W 83St
Los Angeles, CA 90003

Perez, Mirian R
3368 W 152nd St
Gardena, CA 90249

Perez, Norma A
1115 W 122nd St
Los Angeles, CA 90044


Pheine, Douglas
1900 W 77Th St
Los Angeles, CA 90047


Pico Janitorial Supplies
2940 W. Pico Blvd
Los Angeles, CA 90006


Pineda, Kirsten Erika
4437 W. 137th St
Hawthorne, CA 90250


Pineda, Veronica Janeth
1338 E 56St
Long Beach, CA 90805


Pinn, Nickey
219 E 116th St
Los Angeles, CA 90061


Pinto De Garcia, Amalia
4416 1/2 E 112th St
Lennox, CA 90304


Pivarral De Tobar, Aminta G
9408 San Vincente Ave
South Gate, CA 90280

Polanco, Anyelo
3232 1/4 S Central Ave
Los Angeles, CA 90011


Pope, Alvin M
1307 W 105th St #114
Los Angeles, CA 90044


Prieto, Maria
12021 W Adams Blvd #8
Los Angeles, CA 90007


Prosegur Security
8929 S. Sepulveda Blvd.
Suite 300
Los Angeles, CA 90045


Prosource Facility Supply
11954 Washington Blvd.
Whittier, CA 90606


Prudential Overall Supply
951 E. Sand Hill
Carson, CA 90746


Puig, Carlos M
4023 W. 106TH ST.
Inglewood, CA 90304


Qatar Airways
380 World Way
Rm 5C-13-07A
Los Angeles, CA 90045

Quantas Airlines
380 World Way
Box N5
Los Angeles, CA 90045


Quevedo, Manuela
446 W 105th St
Los Angeles, CA 90003


Quintana, Helida
625 W. Hyde Park
Inglewood, CA 90301


Quintana, Maria Del Carmen
11602 Cherry Ave
Inglewood, CA 90303


Quintanilla De Sosa, Blanca
12625 Oxford Ave Apt 1
Hawthorne, CA 90250


Quiroa, Sonia
11717 Lakewood Blvd Apt 33
Downey, CA 90241


Ramirez Alcazar, Lisbet
9217 Washborn Rd #9
Downey, CA 90242


Ramirez Chavarria, Jose R
1064 W. 61st St
Los Angeles, CA 90044

Ramirez De Mata, Oneyda S
4316 Martin Luther King Blvd. Apt. C
Lynwood, CA 90262


Ramirez Galvan, Julian
10607 Buford Ave
Lennox, CA 90304


Ramirez Martinez, Pedro
12417 York Ave Apt C
Hawthorne, CA 90250


Ramirez, Ana A
9217 Washborn Rd #9
Downey, CA 90242


Ramirez, Cecilia
629 1/2 Lime St
Inglewood, CA 90301


Ramirez, Felix
1333 W 90th Pl
Los Angeles, CA 90044


Ramirez, Florentino Carlos
10801 Cornish Ave.
Lynwood, CA 90262


Ramirez, Fortunata
140 E 49th St
Long Beach, CA 90805

Ramirez, Leonor
7347 Claire Ave
Reseda, CA 91335


Ramirez, Rosa A
2009 E 113th St
Los Angeles, CA 90059


Ramirez, Solvevina
35438 Frampton Ave #38
Harbor City, CA 90710


Ramos Montes, Marisol
2254 E Bliss St
Compton, CA 90222


Ramos, Danae A
10705 Buford Ave
Inglewood, CA 90304


Ramos, Janeth
11142 S Inglewood Ave #14
Inglewood, CA 90304


Rangel, Eduardo
1030 W 93rd St #7
Los Angeles, CA 90044


Rangel, Juan Carlos
610 N Mavo Ave
Compton, CA 90221

Rangel, Juana I
4930 Santa Ana St.
Cudahy, CA 90201


Recinos Lopez, Edwin
1306 Rolland Curtis PL
Los Angeles, CA 90062


Recinos Trejo, Edy
428 W. Spruce Ave
Inglewood, CA 90301


Regalado Leiva, Doris
1151 W. 70th St.
Los Angeles, CA 90004


Reliable Premium Management Inc
404 Great Oak Drive
Waite Park, MN 56387


Resendis Martinez, Doris
419 N Sto #4 CA 90033
Los Angeles, CA 90033


Reyes Rivas, Victoria
329 1/2 N Alexandria Ave
Los Angeles, CA 90004


Reyes, Hugo E
4054 W 105 St
Inglewood, CA 90304

Reyes, Jose
10930 Acacia Ave
Inglewood, CA 90303


Rivas Delgado, Rosa
4926 Malta St
Los Angeles, CA 90042


Rivas, Daysi
5144 1/2 E Imperial Hwy
Lynwood, CA 90262


Rivas, Jonathan O
1224 111th St Apt #4
Los Angeles, CA 90044


Rivas, Tanisha
860 W 78th St
Los Angeles, CA 90044


Rivera, Coritza L
9235 State St. Apt. D
South Gate, CA 90280


Rivera, Maria Del Carmen
4954 W. 98th St.
Inglewood, CA 90301


Rivera, Melvin
1239 W. 90TH Place
Los Angeles, CA 90044

Rivera, Rosa
4121 W. 166th St.
Lawndale, CA 90260


Rivers, Daniel
2149 Earl Ave
Long Beach, CA 90806


Robles, Mayra
937 S Oak St.
Inglewood, CA 90301


Robles, William
11314 Firmona Ave. 4
Inglewood, CA 90304


Rodney, Chelesy A
22101 S Figueroa St Apt #1
Carson, CA 90745


Rodney, Marvin
6427 S Hoover Street Apt8
Los Angeles, CA 90044


Rodriguez Cruz, Antonia
416 E. 118th Pl
Los Angeles, CA 90061


Rodriguez De Esperano, Maria
848 W. 93rd St.
Los Angeles, CA 90044

Rodriguez, Amelia
10412 State St. Apt. D
South Gate, CA 90280


Rodriguez, Antonia
700 W. 82nd St. Apt. 2
Los Angeles, CA 90044


Rodriguez, Daniel
10421 State St. Apt. D
South Gate, CA 90280


Rodriguez, Esperanza
8922 Beach St.
Los Angeles, CA 90002


Rodriguez, Isabel
4431 W. 166th St
Lawndale, CA 90260


Rodriguez, Juan F
811 W 81St
Los Angeles, CA 90044


Rodriguez, Omar
2344 E 126 Th St
Compton, CA 90222


Rodriguez, Patricia
2344 E. 126th St.
Compton, CA 90222

Rodriguez, Sesar
351 W Pear Street
Compton, CA 90222


Rojas Alvarez, Sandra
10236 Lee Lane
South Gate, CA 90280


Rojo De Rios, Maria
9223 DorothAve.
South Gate, CA 90280


Romero De Vera, Esther
7302 Elsie St
Los Angeles, CA 90001


Romero, Humbelina
6516 Bonsallo Ave
Los Angeles, CA 90044


Romero, Juan
4323 W. 118th St.
Hawthorne, CA 90250


Romero, Kevin Scott M
2312 Santa Fe Ave #14
Long Beach, CA 90810


Romero, Rolando
1640 3rd Ave.
Los Angeles, CA 90019

Romero, Teresita
3384 Santa Fe Ave Apt 4
Long Beach, CA 90810


Romo Luna, Arturo
4140 W 163 St
Lawndale, CA 90260


Romo, Rosalina
9226 Bowman Ave
South Gate, CA 90280


Rosales, Edgar
11336 Alvarado
Los Angeles, CA 90059


Rosales, Martha
1965 1/2 Raymond Ave
Los Angeles, CA 90007


Rosas, Juan Carlos
8270 Wall St.
Los Angeles, CA 90003


Rowe, Brandi R
10022 Flower St #4
Bellflower, CA 90706


Rubio, Margarita
152 1/2 E 121 St
Los Angeles, CA 90061

Ruiz Hernandez, Rina
3641 W 132nd St
Hawthorne, CA 90250


Ruiz, Blanca E
400 W. 95th St.
Los Angeles, CA 90003


Ruiz, Leopoldo
503 E Oaks St spc 20
Compton, CA 90221


Rustrian, Evelyn
340  E. 83rd St.
Los Angeles, CA 90003


Ruvalcaba, Maria D
3748 W 109TH ST
Inglewood, CA 90303


Salazar, Marcos A
809 1/2 W. 69th ST.
Los Angeles, CA 90044


Salazar, Margarita
1301 N. Tamarind Ave.
Compton, CA 90222


Salgado Canales, Leon
11143 Osage Ave.
Lennox, CA 90304

Salomon Hernandez, Galileo
12527 Paramount Blvd Apt A5
Downey, CA 90242


Salvatierra, German
517 E. Hyde Park Blvd Apt 6
Inglewood, CA 90302


San, Dolla P
910 Freeman Ave #3
Long Beach, CA 90408


Sanchez, Beatriz
1453 Mc donald Ave
Wilmigton, CA 90744


Sanchez, Carmen
7323 S San Pedro St
Los Angeles, CA 90003


Sanchez, Irving
5942 Haas Ave
Los Angeles, CA 90047


Sanchez, Juan
2610 E 129TH ST
Compton, CA 90222


Sanchez, Kelly S
645 E 90 th St
Los Angeles, CA 90002

Sanchez, Lidia S
621 S Burlington Ave #207
Los Angeles, CA 90057


Sanchez, Pedro
5942 Haas Ave
Los Angeles, CA 90047


Sanchez, Rosa Maria
7850 S Normandie AVE #79
Los Angeles, CA 90044


Sanchez, Socorro
5823 Agra st
Bell Gardens, CA 90201


Sanchez, Veronica
1123 W 98St
Los Angeles, CA 90044


Sandoval Sazo, Alejandra
10509 San Anselmo Ave
South Gate, CA 90280


Sandoval, Maria
10103 Inglewood Ave.
Inglewood, CA 90304


Santiago Brigido, Bulmaro
132 W 52nd St
Los Angeles, CA 90037

Santiago, Birginia
411 W Century Blvd
Los Angeles, CA 90003


Santos, Jorge F
6034 Lincoln Ave
South Gate, CA 90280


Santos, Pat Bryant
6034 Lincoln Ave.
South Gate, CA 90280


Saravia, Silvia M
1462 E 110St
Los Angeles, CA 90059


Saudia
380 World Way
Box S-22
Los Angeles, CA 90045


Scandinavian Airlines of
North America In.
301 Route 17
Rutherford, NJ 07070


Schneider, Oscar
6523 1/2 ADAMSON AV
BELL GARDENS, CA 90201


Schulman Garden Property
c/o Okula Commercial RE Svcs
879 W. 190th St., Ste. 400
Gardena, CA 90248

Schulman Garden Property
5264 Miembro Drive
Laguna Woods, CA 92637


Scott, Stephanie
850 W 102ND #2
Los Angeles, CA 90044


Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591


Security National Insurance Company
800 Superior Avenue
21st Floor
Cleveland, OH 44114


Senbetu, Emebet
115 N Oak St
Inglewood, CA 90301


Serrano, Miguel A
15006 OSAGE AVE
LAWNDALE, CA 90260


Service Employee Int'l USWW
828 W. Washington Blvd.
Los Angeles, CA 90015


Service Employees Int'l USWW
P.O. Box 513016
Los Angeles, CA 90051-1016

Silva, Ines
440 E 106th St
Los Angeles, CA 90003


Simien, Joshua
615 E 21St Apt 4
Los Angeles, CA 90011


Singletary, Quadre
10924 S Osage Ave
Lennox, CA 90304


Sinha, Kimberlie
12326 Inglewood Ave #A
Hawthorne, CA 90250


SITA Information Networking
Computing System USA
3100 Cumberland Blvd.
Atlanta, GA 30339


Skinner, Tyanna
1485 E 115th St #246
Los Angeles, CA 90059


Smith, Anthony
844 W Beach Ave #7
Inglewood, CA 90302


Smith, Devonte L
152 W 102nd St
Los Angeles, CA 90003

Smith, Virginia
188 E. Hullett St.
Long Beach, CA 90805


SoCal Gas
P.O. Box C
Monterey Park, CA 91756-5111


Solares Rosales, Oscar G
11423 Eucalyptus Ave
Hawthorne, CA 90250


Solares, Erick O
128 W. 99th St.
Los Angeles, CA 90003


Solis, Maricela M
4558 W. 172ND ST. APT.#2
LAWNDALE, CA 90260


Som, Christopher R
232 E Bort St
Long Beach, CA 90805


Southern Calfiornia Edison
P.O. Box 600
Rosemead, CA 91771-0001


State Board of Equalization
Acct Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

```
State Farm Insurance
23717 Hawthorne Blvd.
Suite 208
Torrance, CA 90505


Sullivan, Janae
14032 Cordary Ave
Hawthorne, CA 90250


Sutton, Latanay
5013 3rd Ave
Los Angeles, CA 90043


T.G.P. Enterprises, Inc.
5440 San Fernando Rd. West
Los Angeles, CA 90039


Talaga, Sonya
3265 Santa Fe Ave #139
Long Beach, CA 90810


Tayama, Evila
17700 S Western Ave Spc #83
Gardena, CA 90248


Tessma, Wondimu
10131 Buford Ave #39
Inglewood, CA 90304


Thomas, Lawanda
10607 1/2 S. Main Street.
Los Angeles, CA 90003
```

Tiugarcia, Wendy
224 W 97th St
Los Angeles, CA 90003


Toastan, Nicole
9344 Firebird Ave
Whittier, CA 90605


Tobar, Jesus
9408 San Vincente Ave
South Gate, CA 90280


Tolbert, Jason M
214 E 116 St
Los Angeles, CA 90061


Tolentino, Ian
11521 Oxford Ave Apt C
Hawthorne, CA 90250


Tom Braley Intn'l Terminal Equip.Co
380 World Way
Box S-18
Los Angeles, CA 90045


Torres De Morates, Evelia
10916 1/2 Inglewood Ave
Inglewood, CA 90304


Torres, Carmen I
636 E Hardy St
Inglewood, CA 90301

Torres, Josue
1539 W 226 St
Torrance, CA 90501


Torres, Thelma
6021 Gage Ave. Apt 5
Bell Gardens, CA 90201


Trejo, Alba Iris
237 E Bulkthor St Apt
Inglewood, CA 90301


Trigueros Rodriguez, Beatriz
4287 Brighton Ave.
Los Angeles, CA 90062


Tunchez, Eleodora
10314 California Ave.
South Gate, CA 90280


U.S. Bank - Korean Air
P.O. Box 790408
Saint Louis, MO 63179-0408


Uban Flores, Magda
10300 Burin Ave
Inglewood, CA 90304


Umana, Yeny N
115 N Oak St Apt 33
Inglewood, CA 90301

Urrutia Pacheco, Rebeca
1619 E 88th St
Los Angeles, CA 90002


Vado, Erick
3632 Vinton Ave #5
Los Angeles, CA 90034


Vado, Juana A
2100 Estrella Ave. Apt. 8
Los Angeles, CA 90007


Vado, Rodolfo
3632 Vinton Ave #5
Los Angeles, CA 90034


Valdez, Sandra
1346 1/2 W. 95th St.
Los Angeles, CA 90044


Valencia Hernandez, Yesenia O
1025 W. 42nd St. Apt. 2
Los Angeles, CA 90037


Valladares, Anthony
2301 Humboldt St Apt 236
Los Angeles, CA 90031


Valles, Martha O
4741 W. 104th St.
Lennox, CA 90304

Valqui, Rosa
1265 W 134st
Gardena, CA 90247


Van, Demetrius
11852 S Figueroa St
Los Angeles, CA 90061


Vargas, America
6729 Live Oak St #B 1
Bell Gardens, CA 90201


Vargas, Estela
2450 W. Washington Blvd. Apt. 6
Los Angeles, CA 90018


Vargas, Stephanie
613 E 111st
Los Angeles, CA 90059


Vasquez Lem, Ana Carol
343 E 115TH ST
LOS ANGELES, CA 90061


Vasquez, Elenilson
2021 E 112th St
Los Angeles, CA 90059


Vasquez, Maria
119 W 49 St
Los Angeles, CA 90037

Vazquez, Baudelia
1017 1/2 W 56th St
Los Angeles, CA 90037


Vazquez, David
1433 Lomita Blvd #6
Harbor City, CA 90710


Vega Guevara, Carlos
931 W SI PL
LOS ANGELES, CA 90037


Velasquez Soriano, Rosalio
1038 s. Westlake Ave.
Los Angeles, CA 90006


Velasquez, Dinora
11252 Pope Ave
Lynwood, CA 90262


Velazco Matilde, Alma Saudi
3550 Los Flores Blvd
Lynwood, CA 90262


Velazquez, Felipe
1461 Perez Ln Apt 442
Los Angeles, CA 90033


Ventura, Fatima
10520 Montara Ave
South Gate, CA 90280

Ventura, Jennifer
1052 W 60St #A
Los Angeles, CA 90044


Ventura, Silvia V
5453 Norwalk Blvd. Apt G
Whittier, CA 90601


Veritiv
6120 South Gilmore Road
Fairfield, OH 45014


Verizon
P.O. Box 96089
Bellevue, WA 98009


Vidales, Martha
4829 W 118th St #A
Hawthorne, CA 90250


Villalobos, Marina A
10307 Stanford Ave
Los Angeles, CA 90002


Villanueva, Vilma
906 E. Lanzit Ave.
Los Angeles, CA 90059


Villareal, Teresa
13535 Chadron Ave
Hawthorne, CA 90250

Villatoro Zamora, Sonia
1335 W. 30th St.
Los Angeles, CA 90007

Villatoro, Maria
10901 1/2 Sherman Ave
Inglewood, CA 90304

Villegas Melgar, Brayan
649 N New Hampshire Ave
Los Angeles, CA 90004

Virgin Atlantic Airways
200 World Way
Box 16
Los Angeles, CA 90045

Virgin Australia Airlines
Pyt Ltd ABN 36090670965
56 Edmondstone Road
Bowen Hills Queensland
Australia

Vizcaino, Rosa
15571 1/2 Binney St.
hacienda Heights, CA 91745

Vizcaino, Viridiana
P.O. Box 2191
Inglewood, CA 90305

Waste Resources Gardena
P.O. Box 2410
Gardena, CA 90247

Watson, Latoya
6513 Brynhurst Ave
Los Angeles, CA 90043

Watson-Taylor, Marzavious
231 E. Hazel St. #2
Inglewood, CA 90302

Weinberg, Roger and Rosenfeld
Attn: Conchita Lozano Batista
1375 55th Street
Emeryville, CA 94608

Williams, Angelos M
2379 W 31st
Los Angeles, CA 90018

Williams, Emari E
1642 W 51st Pl
Los Angeles, CA 90062

Williams, Shaneka R
521 N Holly Ave
Compton, CA 90221

Williams, Torie L
219 Lime St #203
Inglewood, CA 90301

Witrago, Andres
1514 N. Van Ness Ave.
Compton, CA 90221

Witrago, Antonio
1514 N Van ness Ave
Compton, CA 90221


Witrago, Hector
1514 N. Van Ness Ave.
Compton, CA 90221


Xiamen Air
380 World Way
Los Angeles, CA 90045


Xiloj Tzun, Roxana B
9815 Maie Ave 100
Los Angeles, CA 90002


Yeny Umana Class Claimants
c/o Nourmand, Michael
The Nourmand Law Firm APC
8822 West Olympic Boulevard
Beverly Hills, CA 90211


Yoon, Byung In
2540 Dorest Drive
Torrance, CA 90503


Yoon, Steven
32 Hillcrest Meadows
Rolling Hills Estates, CA 90274


Zarate Diaz, Juan
11151 S Van Buren Ave
Los Angeles, CA 90044

Zavala Barroso, Rosa
14318 Clarkdale Ave
Norwalk, CA 90650


Zavala Madrigal, Julio
1023 Walnut Street
Inglewood, CA 90301


Zegaw, Endalu
5310 9th Ave
Los Angeles, CA 90043


Zelaya, Blanca
1849 Valley Park Ave
Hermosa Beach, CA 90254


Zepeda, Sarai
4437 W 137th Hawthorne
Hawthorne, CA 90250


Zermeno, Yolanda
11201 S. Grevillea Ave
Inglewood, CA 90304


Zetino, Gloria
1064 W 61th St
Los Angeles, CA 90044


Zunuga Espericueta, Glenda J
3550 Los flores Blvd Apt B
Lynwood, CA 90262