UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO: 2:21-bk-16800-BB |
|---|---|
| World Service West/LA Inflight Service Company, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/24/2021, I did cause a copy of the following documents, described below,

UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY RINGSTAD & SANDERS LLP AS GENERAL INSOLVENCY COUNSEL AND REQUEST FOR HEARING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/24/2021

/s/ Eryk R. Escobar
Eryk R. Escobar   281904
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA  90017
213 894 6811

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO: 2:21-bk-16800-BB |
|---|---|
| World Service West/LA Inflight Service Company, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11 |

On 9/24/2021, a copy of the following documents, described below,

UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY RINGSTAD & SANDERS LLP AS GENERAL INSOLVENCY COUNSEL AND REQUEST FOR HEARING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/24/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Eryk R. Escobar
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA  90017

```
PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR WERE NOT SERVED. PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE REFUSED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

WORLD SERVICE WEST/LA INFLIGHT SERVICE
COMPANY LLC
1812 W. 135TH STREET
GARDENA CA 90249
```